**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **THOMAS H. MCGANN and EVELYN G. MCGANN** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **No. 05-1189 T** |
| **v.** | ) **The Honorable Charles F. Lettow** |
| | ) |
| **THE UNITED STATES,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Bart D. Jeffress as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows (unless filed electronically):

Bart D. Jeffress, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

s/ Bart D. Jeffress
BART D. JEFFRESS
*United States Department of Justice*
*Tax Division*
*Voice: (202) 307-6496*
*Fax: (202) 514-9440*

November 28, 2005