IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T

Judge Charles F. Lettow

THOMAS H. MCGANN and EVELYN G. MCGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 60 days, from January 9, 2006, to and including March 10, 2006, within which to answer or otherwise respond to plaintiffs' complaint. This is the first enlargement requested for this purpose. The United States represents that the additional time is needed to allow the Internal Revenue Service to secure the relevant administrative files and to coordinate its litigating position with its national office. The United States receipt and review of the files and the Internal Revenue Service's views are necessary prerequisites to filing a meaningful response to plaintiffs' complaint. Pursuant to RCFC 6.1, the United States has discussed this motion with opposing counsel and opposing counsel has no objection to the enlargement of time.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

January 3, 2006