IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T

Judge Charles F. Lettow

---

THOMAS H. MCGANN and EVELYN G. MCGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR SECOND ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 60 days, from March 10, 2006, to and including May 9, 2006, within which to answer or otherwise respond to plaintiffs' complaint. This is the second enlargement requested for this purpose. The basis for the second enlargement is that additional time is needed to allow the Internal Revenue Service to coordinate and finalize its litigating position with its national office, and to allow the United States adequate time, after receipt and review of the IRS' administrative files and views, to prepare and file a meaningful response to plaintiffs' complaint. Pursuant to RCFC 6.1, the United States has discussed this motion with opposing counsel and opposing counsel has no objection to the enlargement of time.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

February 28, 2006