IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: March 1, 2006)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Motion for Second Enlargement of Time, filed on February 28, 2006. Defendant seeks an enlargement of sixty days, to and including May 9, 2006, in which to file its response to plaintiffs' complaint. Defendant notes that plaintiffs' counsel has no objection to this request.

For good cause shown, defendant's motion is GRANTED. Defendant shall file its response to plaintiffs' complaint on or before May 9, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge