IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: July 5, 2006)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges receipt of the parties' Joint Preliminary Status Report, filed on June 20, 2006. In their filing, the parties propose that the court establish a briefing schedule for a motion by defendant to dismiss based upon two jurisdictional issues. The parties provide a proposed briefing schedule for this motion.

In accord with the parties' Joint Preliminary Status Report, briefing on the government's forthcoming motion shall take place according to the following schedule:

| Event | Filing Deadline |
|---|---|
| Plaintiffs' Supplemental Complaint | July 14, 2006 |
| Defendant's Motion to Dismiss | August 18, 2006 |
| Plaintiffs' Response | September 15, 2006 |
| Defendant's Reply | September 29, 2006 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge