IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS H. McGANN and<br>EVELYN G. McGANN<br><br>Plaintiffs,<br>v.<br><br><br>UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL NO. 05-1189 |

**SUPPLEMENT TO PLAINTIFFS' ORIGINAL COMPLAINT**

Pursuant to this Court's Order dated July 5, 2006, Plaintiffs Thomas H. McGann and Evelyn G. McGann ("the McGanns") supplement their Original Complaint with the following attached materials: (1) Plaintiffs' Exhibit A - the McGanns' 1983 refund claim with all attachments and proof of mailing and receipt (Bates nos. 1-97), and (2) Plaintiffs' Exhibit B - an IRS Account Transcript for the McGanns' 1983 tax year (Bates nos. 98-99) evidencing their full payment of the tax and interest assessed arising from their Elektra partnership investment, part of which is sought to be refund in this action. Plaintiffs' Exhibits A and B are redacted in accordance with ¶7 of General Order 42A.

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)