PAGE NO-0001 IRS EMPLOYEE 0140135188

DATE REQUESTED 04-15-2005 PRINT DATE 04-15-2005

FORM NUMBER: 1040 TAX PERIOD: DEC 1983

TAXPAYER IDENTIFICATION NUMBER: [redacted]-9326
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]-4198

THOMAS HERBERT & EVELYN MCGANN
512 WESTWIND DR
BERWYN PA 19312-1156-128 BODC-SB BODCLC-W

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 01-03-2005
ACCRUED PENALTY: 0.00 AS OF 01-03-2005

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

** EXEMPTIONS: 06 **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 66,513.00
** TAXABLE INCOME: 50,932.00
TAX PER RETURN: 3,705.00

** PER RETURN OR AS ADJUSTED

04-15-1984 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
05-14-1984 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>28211-105-44682-4 | 05-14-1984 | 3,705.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1984 | 4,990.00- |
| 846 | REFUND | 05-14-1984 | 1,285.00 |
| 643 | ADVANCE PAYMENT OF DEFICIENCY | 08-16-1989 | 12,121.00- |
| 960 | RECEIVED POA/TIA | 08-18-1990 | |
| 961 | REMOVED POA/TIA | 08-02-1996 | |
| 642 | CORRECTION OF ADVANCED PAYMENT OF DEFICIENC | 08-16-1989 | 12,121.00 |
| 340 | RESTRICTED INTEREST ASSESSED<br>200311 | 03-24-2003 | 57,475.04 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>19247-465-08022-3 200311 | 03-24-2003 | 8,620.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 03-11-2003 | 8,620.00- |
| 960 | RECEIVED POA/TIA | 04-17-2003 | |
| 340 | RESTRICTED INTEREST ASSESSED<br>200318 | 05-12-2003 | 276.21 |
| 290 | ADDITIONAL TAX ASSESSED<br>28254-514-05015-3 200318 | 05-12-2003 | 0.00 |

****************************CONTINUED ON NEXT PAGE****************************

PLAINTIFF'S EXHIBIT B

PAGE NO-0002 IRS EMPLOYEE 0140135188

| | | | |
|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT | 04-14-2003 | 17,312.79- |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 04-21-2003 | 40,162.25- |
| 977 | AMENDED RETURN FILED<br>07277-532-00979-3 | 04-14-2003 | 0.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200212 | 05-12-2003 | 276.21- |
| 962 | UPDATED POA/TIA | 09-30-2003 | |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-531-07270-4 200420 | 05-31-2004 | 0.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>19254-745-05029-4 200451 | 01-03-2005 | 0.00 |