No. 05-1189 T
(Judge Charles F. Lettow)

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

APPENDIX B TO BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BART D. JEFFRESS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (facsimile)

INDEX

Page

Exhibit 1: Schedule K-1 (Form 1065) 1983 Partner's Share of Income, Credits, Deductions, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B - 1

Exhibit 2: Letter from IRS with enclosures, dated February 28, 2003, to Thomas H. & Evelyn McGann . . . . . . . . . . . . . . . . . . . . . . . . . . . . B - 3

Exhibit 3: Certificate of Assessments, Payments, and Other Specified Matters dated May 5, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B - 7

Exhibit 4: Petition, United States Tax Court in the case of *Vulcan Oil Technology, et al. v. United States*, Docket No. 21530-87 . . . . . . . . B - 12