**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS H. McGANN and EVELYN G. McGANN | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO. 05-1189 |
| | § | JUDGE LETTOW |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Plaintiffs Thomas H. McGann and Evelyn G. McGann ("the McGanns") move for an enlargement of time to file their response to the Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction filed on August 17, 2006,and in support would show the Court as follows:

Pursuant to this Court's Order dated July 5, 2006, the McGanns' response is due to be filed on or before September 15, 2006. However, the response date set by the clerk of the Court is September 18, 2006. Plaintiffs request an enlargement of 11 days to Tuesday, September 26, 2006. Plaintiffs have not previously requested an enlargement of time to file their response.

The McGanns are disputing the §6621(c) penalty rate of interest imposed on them by the Internal Revenue Service related to their investment in one of the Elektra partnerships. *Bailey, et al. v. United States*, at docket no. 06-222, contains 19 named plaintiffs who also dispute the imposition of §6621(c) penalty interest related to their investment in one or more of the Elektra partnerships. Similar complaints by additional Elektra partners are due to be filed within the next few months. In addition, §6621(c) penalty interest is in dispute before this court in over 50 cases arising from the AMCOR partnership group. The jurisdictional issues raised by the government to bar the taxpayers' §6621(c) claims in this case have also been raised in the AMCOR cases. *Keener, et al. v. United*

*States*, at docket no. 03-2028, is the first AMCOR case to address the issues at bar. The plaintiffs' response to the government's motion to dismiss in *Keener* was due to be filed on September 15, 2006. However, in *Keener* the plaintiffs are requesting an enlargement of time to file their response until September 19, 2006.

The AMCOR and Elektra partners at issue are all represented by the attorneys with the firm of Redding & Associates, P.C. The lead attorney for the plaintiffs in *Keener* is Teresa J. Womack. The lead attorney for the plaintiffs here is Sallie W. Gladney. The request for an enlargement in *Keener* was necessary because Ms. Womack's son was injured in a football accident. Here the enlargement is requested for two reasons. First, to insure that the arguments presented to the Court on the same legal issues are consistent between the Elektra and the AMCOR partnership cases. Second, to allow Thomas E. Redding, the lead attorney on many of the pending AMCOR cases not listed here, an opportunity to review the Elektra response before it is submitted, again, to avoid inconsistencies in the §6621(c) arguments before the Court. Mr. Redding is scheduled to be in Washington, D.C. from September 20 to 22, 2006 to participate as a member of the U.S. Court of Federal Claims Advisory Council and would, therefore, be unable to review the response in this case until he returns to the office on September 25, 2006.

Government counsel has represented that the United States does not oppose the granting of this motion.

WHEREFORE, Plaintiffs Thomas H. McGann and Evelyn G. McGann respectfully request an enlargement of time to September 26, 2006 to respond to the United States motion to dismiss.



R:\DOCS\TAXCONT.T\TWGS9146.MC1.wpd

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
**ATTORNEY FOR PLAINTIFFS**

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## Certificate of Conference

On Thursday, September 14, 2006, Sallie W. Gladney, Plaintiffs Thomas H. McGann and Evelyn G. McGann, spoke with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to this forgoing motion.

/s/ Sallie W. Gladney
Sallie W. Gladney