IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: September 20, 2006)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiffs' motion for an enlargement of time to file a response to the government's motion to dismiss the complaint for lack of jurisdiction. The plaintiffs' motion was filed on September 15, 2006 and seeks an enlargement to September 26, 2006. Plaintiffs note that the government's counsel has no objection to this request.

For good cause shown, the plaintiffs' motion is GRANTED. Plaintiffs shall file their response to the government's motion on or before September 26, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Judge