**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS H. McGANN and EVELYN G. McGANN | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO. 05-1189 |
| | § | JUDGE LETTOW |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Plaintiffs Thomas H. McGann and Evelyn G. McGann ("the McGanns") respectfully request an enlargement of time to file their response to the Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction and in support would show:

Pursuant to this Court's Order dated September 20, 2006, the McGanns' response is due to be filed on or before September 26, 2006. Plaintiffs request an enlargement of 10 days to Friday, October 6, 2006. Plaintiffs requested and were granted one previous enlargement and regret that it is necessary to request a second.

In their prior request the Plaintiffs explained that the case at bar is one of many before this court disputing the Internal Revenue Service's decision to impose the §6621(c) penalty rate of interest on tax liabilities arising from investments in one or more of the partnerships in the Elektra or AMCOR partnership groups and that the government has raised the same jurisdictional defense in *Keener, et al. v. United States*, at docket no. 03-2028, an AMCOR related case. The plaintiffs' response in *Keener* was filed Friday, September 22, 2006. Plaintiffs' counsel had hoped to be able to file the response in the case at bar by the deadline of September 26, 2006, but a recurring bout of the flu has made that impossible. Plaintiffs' counsel is scheduled to fly to Atlanta, GA on October

2, 2006, for oral argument before the Eleventh Circuit Court of Appeals. Therefore, Plaintiffs' counsel hopes to have the response in the case at bar filed by Friday, September 29, 2006, but out of an abundance of caution asks for an enlargement of ten days until October 6, 2006 to respond, just in case.

Government counsel has represented that the United States does not oppose the granting of this motion.

WHEREFORE, Plaintiffs Thomas H. McGann and Evelyn G. McGann respectfully request an enlargement of time to October 6, 2006 to respond to the United States motion to dismiss.

Respectfully,

/s/ Sallie W. Gladney
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
**ATTORNEY FOR PLAINTIFFS**

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Thursday, September 25, 2006, Sallie W. Gladney, counsel for Plaintiffs Thomas H. McGann and Evelyn G. McGann, spoke with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to the granting of the forgoing motion.

/s/ Sallie W. Gladney
Sallie W. Gladney