IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: September 29, 2006)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiffs' second motion for an enlargement of time to file a response to the government's motion to dismiss the complaint for lack of jurisdiction. The plaintiffs' motion was filed on September 25, 2006 and seeks an enlargement to October 6, 2006. Plaintiffs note that the government's counsel has no objection to this request.

For good cause shown, the plaintiffs' motion is GRANTED. Plaintiffs shall file their response to the government's motion on or before October 6, 2006. Defendant shall file any reply on or before October 23, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Judge