**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS H. McGANN and EVELYN G. McGANN | § | |
| | § | |
| Plaintiffs, | § | CIVIL NO. 05-1189 |
| v. | § | JUDGE LETTOW |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' THIRD MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Plaintiffs Thomas H. McGann and Evelyn G. McGann ("the McGanns") respectfully request an enlargement of time until Tuesday, October 10, 2006, to file their response to the Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction and in support would show:

The McGanns' response to the Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction is due to be electronically filed today, October 6, 2006, before 12 midnight EST (11pm CST). It was anticipated that their response would be electronically filed shortly before 11pm local/central time. However, the undersigned counsel has been informed that the Court's website and CM/EFC electronic filing system will be down for maintenance between 6pm and 8pm EST. While the undersigned counsel has every faith in the technicians maintaining the Court's CM/ECF system, as a matter of practical experience computer related issues often take longer to resolve than anticipated. The McGanns file this motion out of an abundance of caution just in case the undersigned counsel is unable to access the CM/ECF system to file the McGanns' response before 11pm local time.

The McGanns request an enlargement until Tuesday, October 10, 2006, to file their response. They request until Tuesday only because Monday is Columbus Day, a federal holiday.

Government counsel has represented that the United States does not oppose the granting of this motion.

WHEREFORE, Plaintiffs Thomas H. McGann and Evelyn G. McGann respectfully request an enlargement of time to October 10, 2006 to respond to the United States motion to dismiss.

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
**ATTORNEY FOR PLAINTIFFS**

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Thursday, October 6, 2006, Sallie W. Gladney, counsel for Plaintiffs Thomas H. McGann and Evelyn G. McGann, spoke with Mr. Bart D. Jeffress, counsel for the United States, who stated that the United States is unopposed to the granting of the forgoing motion.

/s/ Sallie W. Gladney

Sallie W. Gladney