IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: October 10, 2006)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiffs' motion for an enlargement of time to file a response to the government's motion to dismiss the complaint for lack of jurisdiction. The plaintiffs' motion was filed on October 6, 2006 and seeks an enlargement to October 10, 2006. The plaintiffs aver this enlargement is necessary due to scheduled maintenance of the court's CM/ECF electronic filing system. Plaintiffs note that the government's counsel has no objection to this request.

The plaintiffs' motion is GRANTED. Plaintiffs shall file their response to the government's motion on or before October 10, 2006. Defendant shall file any reply on or before October 23, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Judge