IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: October 26, 2006)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed on October 23, 2006, seeking an enlargement of time to file a reply brief supporting its motion to dismiss the complaint for lack of jurisdiction. The government requests an enlargement to and including November 2, 2006. The government avers this enlargement is necessary so that it may consult with the Internal Revenue Service on a legal issue relevant to the reply. The government notes that the plaintiffs' counsel has no objection to this request.

For good cause shown, the government's motion is **GRANTED**. The government shall file any reply on or before November 2, 2006.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge