IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

APPENDIX A TO REPLY BRIEF

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*
BART D. JEFFRESS
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-6496*
*Fax: (202) 514-9440*
*Email: Bart.D.Jeffress@usdoj.gov*

**APPENDIX A INDEX**


Declaration of Bart D. Jeffress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii-iii

| Exhibit | Description |
|---|---|
| 1 | "Case Copy" Letter of IRS with enclosures, dated February 26, 2003, addressed to Thomas H. & Evelyn McGann . . . . . . . . . . . . . . . . . . A-1-A-6 |
| 2 | Form 4549A, dated February 20, 2003, with documents attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-7-A-12 |
| 3 | 490 Activity Summary with documents attached . . . . . . . . . . . A-13-A-16 |
| 4 | Letter dated April 14, 2003 from Gordon, Fournaris & Mammarella, P.A. to IRS re Thomas H. & Evelyn G. McGann, with enclosures . . . . A-17-A-18 (enclosures: A-19-A-30 and A-33-A-37) |
| 5 | Form 843, dated April 11, 2003, enclosed with letter referred to in Exhibit 4 (pages A-26-A-28 are documents that plaintiffs appear to have attached to their Form 843 and may have come from the IRS; pages A-29-A-30 are documents that plaintiffs attached to their Form 843 and may have come from the IRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-19-A-30 |
| 6 | Letter from IRS to Thomas H. & Evelyn G. McGann, dated December 22, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-31-A-32 |
| 7 | Form 1040X, dated April 11, 2003, enclosed with letter referred to in Exhibit 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-33-A-37 |