IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF BART D. JEFFRESS

I, Bart D. Jeffress, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. That I am the Department of Justice attorney assigned to defend the above-captioned case;

2. That in this capacity I have in my possession certain administrative files of the Internal Revenue Service provided to me by that agency that relate to the matters in suit; and

3. That the foregoing include copies of the following documents, copies of which, redacted in accord with CFC General Order 42A, are attached to this declaration as exhibits:

| Exhibit | Description |
|---|---|
| 1 | "Case Copy" Letter of IRS with enclosures, dated February 26, 2003, addressed to Thomas H. & Evelyn McGann . . . . . . . . . . . . . . . . . A-1-A-6 |
| 2 | Form 4549A, dated February 20, 2003, with documents attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-7-A-12 |
| 3 | 490 Activity Summary with documents attached . . . . . . . . . . . A-13-A-16 |

| | |
|---|---|
| 4 | Letter dated April 14, 2003 from Gordon, Fournaris & Mammarella, P.A. to IRS re Thomas H. & Evelyn G. McGann, with enclosures .... A-17-A-18 (enclosures: A-19-A-30 and A-33-A-37) |
| 5 | Form 843, dated April 11, 2003, enclosed with letter referred to in Exhibit 4 (pages A-26-A-28 are documents that plaintiffs appear to have attached to their Form 843 and may have come from the IRS; pages A-29-A-30 are documents that plaintiffs attached to their Form 843 and may have come from the IRS) .......... A-19-A-30 |
| 6 | Letter from IRS to Thomas H. & Evelyn G. McGann, dated December 22, 2003 .......... A-31-A-32 |
| 7 | Form 1040X, dated April 11, 2003, enclosed with letter referred to in Exhibit 4 .......... A-33-A-37 |

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Washington, D.C., on November 2, 2006.

BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*