**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN

Plaintiffs,

VS.

UNITED STATES OF AMERICA,

Defendant.

# PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

SALLIE W. GLADNEY
TERESA J. WOMACK
THOMAS E. REDDING
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
Telephone: (713) 965-9244
Telecopier: (713) 621-5227
Attorneys for Plaintiffs
Thomas H. McGann and
Evelyn G. McGann

Plaintiffs Thomas H. McGann and Evelyn G. McGann ("the McGanns") request leave of the Court to file their attached 18-page Plaintiffs' Sur-Reply to Defendant's Reply Brief. In support of their motion the Plaintiffs would show:

On November 2, 2006, the government filed a motion for leave to file a Reply Brief that exceeded the page limit imposed under Rule 5.2(b)(2) – 32 pages instead of the standard 20 pages. In its Reply Brief the government raised new legal theories in support of its underlying motion to dismiss and attached previously undisclosed documents of unknown origin. The Court has not yet ruled on the government's motion for leave.

The McGanns request leave to file their attached 18-page sur-reply to address certain issues, such as the applicability of 26 U.S.C. §6601(e)(1), raised for the first time in the government's Reply brief, to correct certain misstatements made in the government's Reply Brief, and to object to the unverified, unauthenticated documents attached to the government's Reply Brief. Because the Court has not yet acted on the government's motion for leave to file its Reply Brief, the government will not be unduly prejudiced by the filing of this sur-reply. In addition, government counsel has been contacted and represented that the government does not object to the granting of this motion.

WHEREFORE, Plaintiffs Thomas H. McGann and Evelyn G. McGann respectfully request that they be allowed to file their attached Plaintiffs' Sur-Reply to Defendant's Reply Brief.

Respectfully submitted,

/s/ Sallie W. Gladney

Sallie W. Gladney, Attorney of Record
Teresa J. Womack
Thomas E. Redding
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 / (713) 621-5227 Fax
**ATTORNEYS FOR PLAINTIFFS**