IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: December 5, 2006)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed on November 2, 2006, seeking leave to file a reply exceeding the page limit specified by the rules of this court. The government avers the additional length is necessary to provide a complete discussion that would be helpful to the court.

Also pending before the court is the plaintiffs' motion, filed on December 1, 2006, seeking leave to file a sur-reply. The plaintiffs represent that the government does not object to this request. The plaintiffs aver a sur-reply is necessary to adequately address the contents of the government's proffered reply brief.

For good cause shown, the government's motion and the plaintiffs' motion are **GRANTED**. The government is granted leave to file its reply brief of 32 pages, and the plaintiff is granted leave to file a sur-reply.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge