IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: January 12, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

On December 15, 2006, the government moved for leave to file a response to the plaintiffs' sur-reply. For good cause shown, that motion is **GRANTED**. The Clerk shall file the government's response to the plaintiffs' sur-reply as of this date.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge