IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: January 12, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the government's motion to dismiss the plaintiffs' complaint for lack of subject matter jurisdiction. A hearing shall be held to address this motion on January 29, 2007, at 2:00 p.m. EST. The hearing will take place by telephonic means. This court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge