**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN

Plaintiffs,

VS.

UNITED STATES OF AMERICA,

Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' SUR-REPLY**

SALLIE W. GLADNEY
TERESA J. WOMACK
THOMAS E. REDDING
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
Telephone: (713) 965-9244
Telecopier: (713) 621-5227
Attorneys for Plaintiffs
Thomas H. McGann and
Evelyn G. McGann

Plaintiffs Thomas H. McGann and Evelyn G. McGann ("the McGanns") request leave of the Court to file their attached two and one-half page Plaintiffs' Reply to Defendant's Response to Plaintiffs' Sur-Reply. In support of their motion the Plaintiffs would show:

On December 15, 2006, the government filed a motion for leave to file a response to the plaintiffs' sur-reply. On January 12, 2007, the Court granted the government's motion authorizing the filing of the government's 15-page responsive brief. In its response the government makes one statement which is simply wrong as a matter of law. The McGanns request leave to file their attached two and one-half page reply to the government's response to address this single issue.

The government will not be unduly prejudiced by the granting of this motion because it will allow the government sufficient time to review the materials in order to be able to respond to the issue at the telephone hearing currently scheduled for Monday, January 29, 2007.

WHEREFORE, Plaintiffs Thomas H. McGann and Evelyn G. McGann respectfully request that they be allowed to file their attached Plaintiffs' Reply to Defendant's Response to Plaintiffs' Sur-Reply.

Respectfully submitted,

/s/ Sallie W. Gladney

Sallie W. Gladney, Attorney of Record
Teresa J. Womack
Thomas E. Redding
REDDING & ASSOCIATES, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 / (713) 621-5227 Fax
**ATTORNEYS FOR PLAINTIFFS**