**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
No. 05-1189 T
(Judge Charles F. Lettow)

---

THOMAS H. McGANN and EVELYN G. McGANN

Plaintiffs,

VS.

UNITED STATES OF AMERICA,

Defendant.

---

# Plaintiffs' Motion to Substitute Lead Counsel

Pursuant to RCFC 83.1(c)(4), Thomas E. Redding enters his appearance as Lead Counsel/Attorney of Record on behalf of Plaintiffs Thomas H. McGann and Evelyn G. McGann in the above styled and captioned matter.

Respectfully,

Thomas E. Redding
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
E-mail: ReddingTax@aol.com
**Counsel for Thomas H. McGann and Evelyn G. McGann**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
No. 05-1189 T
(Judge Charles F. Lettow)

---

THOMAS H. McGANN and EVELYN G. McGANN

Plaintiffs,

VS.

UNITED STATES OF AMERICA,

Defendant.

---

## Declaration of Appointment

I, Thomas E. Redding, have been authorized to enter my appearance as Lead Counsel/Attorney of Record on behalf of Thomas H. McGann and Evelyn G. McGann by Sallie W. Gladney, the current Lead Counsel/Attorney of Record for Thomas H. McGann and Evelyn G. McGann.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

Date: January 25, 2007

Thomas E. Redding
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
E-mail: ReddingTax@aol.com
**Counsel for Thomas H. McGann and Evelyn G. McGann**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN

Plaintiffs,

VS.

UNITED STATES OF AMERICA,

Defendant.

## Declaration of Appointment

I, Sallie W. Gladney, authorize Thomas E. Redding to enter his appearance and replace me as Lead Counsel/Attorney of Record on behalf of Thomas H. McGann and Evelyn G. McGann.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

Date: January 25, 2007

/s/ Sallie W. Gladney

Sallie W. Gladney
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
E-mail: ReddingTax@aol.com
**Counsel for Thomas H. McGann and Evelyn G. McGann**