IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: February 16, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiffs' motion, filed January 22, 2007, seeking leave to file a reply brief to the government's response to the plaintiffs' sur-reply.

For good cause shown, the plaintiffs' motion is **GRANTED**. The brief proffered by the plaintiffs on January 22, 2007, shall be deemed filed as of this date.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge