IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-1189 T
Judge Charles F. Lettow

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION FOR LEAVE TO FILE ATTACHED NOTICE OF RECENT AUTHORITY

Defendant, the United States, respectfully moves for leave to file the attached notice of recent authority. The notice alerts the Court to the opinion filed on April 18, 2007, by Judge Allegra in AMCOR cases *Kenneth C. Keener v. U.S.*, Fed. Cl. 03-2028 T and *William P. Smith and Anne D. Smith v. U.S.*, Fed. Cl. 04-907 T.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

April 24, 2007