IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: May 18, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed April 24, 2007, seeking leave to file a notice of recent authority.

For good cause shown, the government's motion is **GRANTED**. The notice of additional authority proffered by the government on April 24, 2007, shall be deemed filed as of that date.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge