IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: August 3, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held on August 21, 2007, at 11:00 a.m. EDT to address further proceedings in this case. The status conference will take place by telephonic means. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge