IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: August 21, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

During the status conference held on this date, the parties proposed a schedule for further proceedings. The court adopts the parties' proposal with minor modifications as follows:

| | Date |
|---|---|
| Parties' submission of joint stipulation of facts | October 5, 2007 |
| Plaintiffs' motion for summary judgment | October 5, 2007 |
| Government's motion to dismiss | October 5, 2007 |
| Plaintiffs' response | November 9, 2007 |
| Government's response, which may include a cross-motion for summary judgment | November 9, 2007 |
| Plaintiffs' response to government's cross-motion | December 7, 2007 |
| Government's reply | December 7, 2007 |
| Government's reply to plaintiffs' response to government's cross-motion | December 28, 2007 |

| | |
|---|---|
| Closing argument | January 9, 2008 at 2:00 p.m. EST (telephonic) |

It is so ORDERED.

s/ Charles F. Lettow
Judge