IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NOTICE OF APPEARANCE

Please enter the appearance of Robert Stoddart as attorney of record for the United States.

Opposing parties should serve all papers upon:

Robert Stoddart, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

Dated: September 5, 2007

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
Court of Federal Claims Section
Tel.: (202) 307-6445
FAX: (202) 514-9440