IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF THE SCHEDULING ORDER OF AUGUST 21, 2007

The defendant, the United States, asks the Court to modify the scheduling order entered on August 21, 2007, by enlarging the time for performance of each of the scheduled tasks by thirty days, as shown in the proposed schedule set out below. (If the date thirty days from the original date would have fallen on a weekend, the date shown is the following Monday.)

| Event | Date |
|---|---|
| Parties' submission of joint stipulation of facts | November 5, 2007 |
| Plaintiffs' motion for summary judgment | November 5, 2007 |
| Government's motion to dismiss | November 5, 2007 |
| Plaintiffs' response | December 10, 2007 |
| Government's response, which may include a cross-motion for summary judgment | December 10, 2007 |
| Plaintiffs' response to government's cross-motion | January 7, 2008 |

| Event | Date |
| --- | --- |
| Government's reply | January 7, 2008 |
| Government's reply to plaintiffs' response to government's cross-motion | January 28, 2008 |
| Closing argument | February 8, 2008, at 2:00 P.M. EST (telephonic) |

This is the first modification of the scheduling order and consequent enlargement of time that the defendant has requested for this purpose. The defendant's trial attorney has discussed this motion with the plaintiffs' attorney, who has stated that she will not oppose it.

As good cause for this motion, the defendant's trial attorney states that he was assigned to this case on August 31, 2007, and entered an appearance on September 5. Since then he has been researching the question on which the defendant is now scheduled to file a brief on October 5 and he has been reading the briefs already filed, but he now sees that he will require the requested extra time to master the record and consider the ramifications of the arguments.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM, Assistant Chief

s/ Steven I. Frahm
Of counsel

September 19, 2007