IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: September 25, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

Pending before the court is Defendant's Unopposed Motion for Modification of the Scheduling Order of August 21, 2007. The motion, filed on September 19, 2007, asks the court to enlarge the time for performance of each of the tasks scheduled in the previous Order by thirty days.

Good cause having been shown, the court GRANTS defendant's motion. The Scheduling Order of August 21, 2007 is amended as follows:

| Event | Date |
| --- | --- |
| Parties' submission of joint stipulation of facts, plaintiffs' motion for summary judgment, and government's motion to dismiss | November 5, 2007 |
| Plaintiffs' response, and government's response, which may include a cross-motion for summary judgment | December 10, 2007 |
| Plaintiffs' response to government's cross-motion, and government's reply | January 7, 2008 |
| Government's reply to plaintiffs' response to government's cross-motion | January 28, 2008 |

| | |
|---|---|
| Closing Argument | February 8, 2008, at 2:00 P.M. EST (telephonic) |

It is so ORDERED.

s/ Charles F. Lettow
Judge