IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

---

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION
OF THE SCHEDULING ORDER OF SEPTEMBER 25, 2007

---

The defendant, the United States, asks the Court to modify the scheduling order entered on September 25, 2007, by deleting the motion for dismissal that the defendant was to file on November 5, the plaintiffs' response to that motion, which was due on December 10, and the defendant's reply, which was due on January 7, 2008. The proposed new schedule is set out below:

| Event | Date |
|---|---|
| Parties' submission of joint stipulation of facts and plaintiffs' motion for summary judgment | November 5, 2007 |
| Government's response, which may include a cross-motion for summary judgment | December 10, 2007 |
| Plaintiffs' response to government's cross-motion and reply to government's response to plaintiffs' motion | January 7, 2008 |

| Event | Date |
|---|---|
| Government's reply to plaintiffs' response to government's cross-motion | January 28, 2008 |
| Closing argument | February 8, 2008, at 2:00 P.M. EST (telephonic) |

As good cause for this motion, the defendant's trial attorney states that after reconsideration of its planned motion to dismiss and internal debate, the defendant has decided not to file the motion to dismiss.

WHEREFORE the defendant asks the Court to grant this motion to amend the scheduling order.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM, Assistant Chief

s/ Steven I. Frahm
Of counsel

October 4, 2007