IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: October 5, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

Pending before the court is Defendant's Unopposed Motion for Modification of the Scheduling Order of September 25, 2007. The motion, filed on October 4, 2007, asks the court to remove three items from the previous Order, namely a motion to dismiss by the government, which was due on November 5, 2007, the plaintiffs' response to that motion, which was due on December 10, 2007, and the defendant's reply, which was due on January 7, 2008.

Good cause having been shown, the court GRANTS defendant's motion. The Revised Scheduling Order of September 25, 2007 is amended to delete references to a motion to dismiss by defendant, a response to such a motion by plaintiffs, and a reply by defendant.

It is so ORDERED.

s/ Charles F. Lettow
Judge