IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: November 5, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiffs' Unopposed Motion for Enlargement of Time to File Stipulations of Fact and Motion for Summary Judgement, filed November 5, 2007. Plaintiffs request an enlargement of two days, to and including November 7, 2007, for the parties to file their joint stipulations of fact and for plaintiffs to file their motion for summary judgment.

Good cause having been shown, the court GRANTS plaintiffs' motion. The joint stipulations of fact and plaintiffs' motion for summary judgment shall be due November 7, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge