## INDEX TO JOINT EXHIBITS

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 | Schedule K-1 for tax year 1983 issued by Drake Oil to the McWal Co. | 0001 |
| 2 | The McWal Co. timely filed 1983 Form 1065 tax return | 0002-0010 |
| 3 | The McGanns' timely filed 1983 Form 1040 tax return | 0011-0022 |
| 4 | 1983 FPAA issued by the IRS to Drake Oil | 0023-0033 |
| 5 | The Docket Sheet for the 1983 *Vulcan Oil* case | 0034-0055 |
| 6 | Relevant Portions of the Order to Show Cause issued in the *Vulcan Oil* case | 0056-0058 |
| 7 | Omitted by agreement of the parties | 0059 |
| 8 | Omitted by agreement of the parties | 0060 |
| 9 | Undated Form 888-Z generated by the IRS | 0061 |
| 10 | Form 4605-A generated by the IRS dated December 6, 2002 | 0062 |
| 11 | Form 4549, with transmittal letter, issued by the IRS to the McGanns on February 28, 2003. | 0063-0068 |
| 12 | Certificate of Assessments, Payments, and Other Specified Matters dated May 5, 2006, generated by the IRS | 0069-0073 |
| 13 | The McGanns' 1983 claim for refund with transmittal letter, proof of mailing and receipt, and all attachments except exhibits B, C, F, and G. | 0074-0120 |

PHOTOCOPY [redacted]LE K-1 (FORM 1065)

DO 51

Partner #: 48 [redacted]NO. 1545-0099 PAGE 1

CALENDAR YEAR 1983

PARTNER

IDENTIFYING NUMBER: [redacted]

MCWAL COMPANY
P.O. BOX 467
WILMINGTON, DELAWARE 19899

PARTNERSHIP

IDENTIFYING NUMBER: [redacted]

DRAKE OIL TECHNOLOGY
1860 LINCOLN STREET, SUITE 1230
DENVER, COLORADO 80295

A. GENERAL PARTNER ? ........... NO
B. PARTNER'S SHARE OF LIABILITIES:
NONRECOURSE .......... $ 0
OTHER ................ $ 0

. TYPE OF ENTITY: CORPORATION

D. PARTNER'S PERCENTAGE OF:

| | BEF DECREASE | END OF YR |
|---|---|---|
| PROFIT SHARING ............. | | 0.272000% |
| LOSS SHARING .............. | | 0.272000% |
| CAPITAL SHARING ........... | | 0.272000% |

E. PARTNERSHIP IRS CENTER: OGDEN, UTAH

SCHEDULE F. RECONCILIATION OF PARTNER'S CAPITAL ACCOUNT:

| A) CAPITAL ACCOUNT AT BEGINNING OF YEAR | B) CAPITAL CONTRIBUTED DURING YEAR | C) ORDINARY INCOME (LOSS) FROM LINE 1 | D) INCOME NOT INCLUDED IN C) PLUS NONTAXABLE INCOME |
|---|---|---|---|
| $ 52360 | $ 0 | $ -53581 | $ 67 |

| E) LOSSES NOT INCL. IN C) + UNALLOWABLE DEDUCTIONS | F) WITHDRAWALS AND DISTRIBUTIONS | G) CAPITAL ACCOUNT AT END OF YEAR |
|---|---|---|
| $ 416 | $ 233 | $ -1803 |

| K-1 LINE | DISTRIBUTIVE SHARE ITEMS | AMOUNT |
|---|---|---|
| 1 | ORDINARY INCOME (LOSS) ..................................... | $ -53581 |
| 5 | NET LONG-TERM CAPITAL GAIN (LOSS) ......................... | $ 67 |
| 19(D)(2) | NET INCOME FROM OIL, GAS, OR GEOTHERMAL WELLS .......... | $ 403 |
| 19(E) | NET INVESTMENT INCOME (LOSS).............................. | $ -53581 |
| 20(B) | NET INVESTMENT INCOME (LOSS) ............................. | $ 8675 |
| 22(B) | BASIS OF NEW RECOVERY PROP ELIGIBLE FOR ITC - OTHER ...... | $ 9 |
| 22(D) | BASIS OF USED RECOVERY PROP ELIGIBLE FOR ITC - OTHER ..... | $ 291 |
| | COST DEPLETION OIL AND GAS ................................ | $ 416 |
| | O&G DEPLETION TO THE EXTENT OF BASIS (INCL. IN SCH. F, COL E) ... | $ 416 |

For Paperwork Reduction Act Notice, see page 1 of Form 1065 Instruct

JOINT EXHIBIT 1

0001

Form **1065** — **U.S. Partnership Return of Income** — OMB No. 1545-0099

▶ Paperwork Reduction Act Notice, see Form 1065 Instructions.

Department of the Treasury
Internal Revenue Service

For calendar year 1983, or fiscal year beginning ............, 1983, and ending ............, 19...

**1983**

A Principal business activity (see page 4 of Instructions): RENTAL

B Principal product or service (see page 16 of Instructions): REAL ESTATE

C Business code number (see page 16 of Instructions): 6511

Use IRS label. Otherwise, please print or type.

PU [redacted] DEC83 D51 L *
GEORGE C WALUEFF & T H MCGANN PTR
MCWAL COMPANY
PO BOX 467 382
WILM DE 19899
IRS

D Employer identification number

E Date business started: 3-14-73

F Enter total assets at end of tax year: $ 97,764

G Check method of accounting: (1) ☑ Cash (2) ☐ Accrual (3) ☐ Other

H Check applicable boxes: (1) ☐ Final return (2) ☐ Change in address (3) ☐ Amended return

I Check if the partnership meets *all* the requirements shown on page 4 of the Instructions under **Question I** . . . ▶ ☐

J Number of partners in this partnership ▶ 2

| | Yes | No |
|---|---|---|
| K Is this partnership a limited partnership (see page 3 of Instructions)? | | ✓ |
| L Is this partnership a partner in another partnership? | ✓ | |
| M Are any partners in this partnership also partnerships? | | ✓ |

| | Yes | No |
|---|---|---|
| N (1) Was there a distribution of property or a transfer of a partnership interest during the tax year? | | ✓ |
| (2) If "Yes," is the partnership making an election under section 754? If "Yes," attach a statement for the election. (See page 4 of the Instructions before answering this question.) | | |
| O At any time during the tax year, did the partnership have an interest in or a signature or other authority over a bank account, securities account, or other financial account in a foreign country (see page 4 of Instructions)? | | ✓ |
| P Was the partnership the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the partnership or any partner has any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926. (See page 5 of Instructions.) | | ✓ |
| Q Are there any specially allocated items of income, gain, loss, deduction, credit, etc. (see page 5 of Instructions). | | ✓ |

**Income**

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales $ ...... 1b Minus returns and allowances $ ...... Balance ▶ | 1c | |
| 2 | Cost of goods sold and/or operations (Schedule A, line 7) | 2 | |
| 3 | Gross profit (subtract line 2 from line 1c) | 3 | |
| 4 | Ordinary income (loss) from other partnerships and fiduciaries | 4 | (51,778) |
| 5 | Nonqualifying interest and nonqualifying dividends | 5 | 130 |
| 6a | Gross rents $ 30,528 6b Minus rental expenses (attach schedule) $ 6421 | | |
| c | Balance net rental income (loss) ▶ | 6c | 24,107 |
| 7 | Net income (loss) from royalties (attach schedule) | 7 | |
| 8 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 8 | |
| 9 | Net gain (loss) (Form 4797, line 14) | 9 | |
| 10 | Other income (loss) | 10 | |
| 11 | **TOTAL** income (loss) (combine lines 3 through 10) | 11 | (27,541) |

**Deductions**

| Line | Description | | Amount |
|---|---|---|---|
| 12a | Salaries and wages (other than to partners) $ ...... 12b Minus jobs credit $ ...... Balance ▶ | 12c | |
| 13 | Guaranteed payments to partners (see page 6 of Instructions) | 13 | |
| 14 | Rent | 14 | |
| 15a | Total deductible interest expense not claimed elsewhere on return (see page 6 of Instructions) — 15a: 18,844 | | |
| b | Minus interest expense required to be passed through to partners on Schedule K-1, lines 13, 20a(2), and 20a(3) and Schedule K, lines 13, 20a(2), and 20a(3) (if Schedule K is required). — 15b: 16992 | | |
| c | Balance ▶ | 15c | 1852 |
| 16 | Taxes | 16 | |
| 17 | Bad debts (see page 7 of Instructions) | 17 | |
| 18 | Repairs | 18 | |
| 19a | Depreciation from Form 4562 (attach Form 4562) $ 4042 19b Minus depreciation claimed on Schedule A and elsewhere on return $ 4042 Balance ▶ | 19c | |
| 20 | Depletion (*Do not deduct oil and gas depletion.* See page 7 of Instructions.) | 20 | |
| 21a | Retirement plans, etc. (see page 7 of Instructions) | 21a | |
| b | Employee benefit programs (see page 7 of Instructions) | 21b | |
| 22 | Other deductions (attach schedule) | 22 | |
| 23 | **TOTAL** deductions (add amounts in column for lines 12c through 22) | 23 | 1,852 |
| 24 | Ordinary income (loss) (subtract line 23 from line 11) | 24 | (29,393) |

COPY

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**RETAIN THIS COPY FOR YOUR FILES**

▶ Signature of general partner ▶ Date

Preparer's signature ▶ Date MAR 2 6 1984 Check if self-employed ▶ ☐ Preparer's social security no. [redacted]

Firm's name (or yours, if self-employed) and address ▶ ZENKER AND STYER, P.A. 1814 FOULK ROAD WILMINGTON, DE 19810 51-0168110 E.I. No. ▶ ZIP code ▶

JOINT EXHIBIT 2

0002

## SCHEDULE A.—Cost of Goods Sold and/or Operations (See Page 7 of Instructions.)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases minus cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Other costs (attach schedule) | 4 | |
| 5 | Total (add lines 1 through 4) | 5 | |
| 6 | Inventory at end of year | 6 | |
| 7 | Cost of goods sold (subtract line 6 from line 5). Enter here and on page 1, line 2 | 7 | |

8a Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market as described in regulations section 1.471-4 (see page 8 of Instructions)

(iii) ☐ Writedown of "subnormal" goods as described in regulations section 1.471-2(c) (see page 8 of Instructions)

(iv) ☐ Other (specify method used and attach explanation) ▶

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

c If you are engaged in manufacturing, did you value your inventory using the full absorption method (regulations section 1.471-11)? ☐ Yes ☐ No

d Was there any substantial change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

## SCHEDULE B.—Distributive Share Items (See Pages 8, 10-11, and 15 of Instructions.)

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| 1 | Net long-term capital gain (loss) | 1 | 67 |
| 2 | Other net gain (loss) under section 1231 and specially allocated ordinary gain (loss) | 2 | |
| 3a | If the partnership had income from outside the United States, enter the name of the country or U.S. possession ▶ | | |
| b | Total gross income from sources outside the United States | 3b | 67 |

## SCHEDULE L.—Balance Sheets
(See Pages 4 and 8 of Instructions and Question I on Page 1 Before Completing Schedules L and M.)

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 3,757 | | 6,608 |
| 2 | Trade notes and accounts receivable | | | | |
| a | Minus allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | Federal and State government obligations | | | | |
| 5 | Other current assets (attach schedule) | | | | |
| 6 | Mortgage and real estate loans | | | | |
| 7 | Other investments (attach schedule) | | 64,786 | | (1,803) |
| 8 | Buildings and other depreciable assets | 103,404 | | 103,404 | |
| a | Minus accumulated depreciation | 31,272 | 72,132 | 35,315 | 68,089 |
| 9 | Depletable assets | | | | |
| a | Minus accumulated depletion | | | | |
| 10 | Land (net of any amortization) | | 22,988 | | 22,988 |
| 11 | Intangible assets (amortizable only) | 1,650 | | 1,650 | |
| a | Minus accumulated amortization | 186 | 1,464 | 268 | 1,382 |
| 12 | Other assets (attach schedule) | | | | |
| 13 | TOTAL assets | | 165,127 | | 97,264 |
| | **Liabilities and Capital** | | | | |
| 14 | Accounts payable | | | | |
| 15 | Mortgages, notes, and bonds payable in less than 1 year | | | | |
| 16 | Other current liabilities (attach schedule) | | | | |
| 17 | All nonrecourse loans | | | | |
| 18 | Mortgages, notes, and bonds payable in 1 year or more | | 131,600 | | 242,113 |
| 19 | Other liabilities (attach schedule) | | | | |
| 20 | Partners' capital accounts | | 33,527 | | (144,849) |
| 21 | TOTAL liabilities and capital | | 165,127 | | 97,264 |

## SCHEDULE M.—Reconciliation of Partners' Capital Accounts (See Page 8 of Instructions.)
**(Show reconciliation of each partner's capital account on Schedule K-1, Item F.)**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from page 1, line 24 | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|---|---|---|
| 33,527 | | (29,393) | 67 | 19,444 | 129,606 | (144,849) |

Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization

▶ See separate instructions.
▶ Attach this form to your return.

OMB No. 1545-0172
**1983**
67

Name(s) as shown on return: MC WALL COMPANY

Identifying number: [redacted]

Business or activity to which this form relates: REAL ESTATE RENTAL

## PART I.—Depreciation

### Section A.—Election to expense recovery property (Section 179)

| A. Class of property | B. Cost | C. Expense deduction |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| 1 Total (not more than $5,000). Enter here and on page 2, line 8 (Partnerships or S corporations—see the Schedule K and Schedule K-1 Instructions of Form 1065 or 1120S) | | |

### Section B.—Depreciation of recovery property

| A. Class of property | B. Date placed in service | C. Cost or other basis | D. Recovery period | E. Method of figuring depreciation | F. Percentage | G. Deduction for this year |
|---|---|---|---|---|---|---|
| 2 Accelerated Cost Recovery System (ACRS) (See instructions): | | | | | | |
| (a) 3-year property | | | | | | |
| (b) 5-year property | 1981 | 276 | 5 | ACRS | 21 | 58 |
| (c) 10-year property | | | | | | |
| (d) 15-year public utility property | | | | | | |
| (e) 15-year real property—low-income housing | | | | | | |
| (f) 15-year real property other than low-income housing | | | | | | |
| 3 Property subject to section 168(e)(2) election (See instructions): | | | | | | |
| | | | | | | |
| 4 Total column G. Enter here and on page 2, line 9 | | | | | | 58 |

See Paperwork Reduction Act Notice on page 1 of the separate instructions.

Case 1:05-cv-01189-CFL Document 50-2 Filed 11/08/2007 Page 6 of 23

Section C.—Depreciation of nonrecovery property

| A. Description of property | B. Date acquired | C. Cost or other basis | D. Depreciation allowed or allowable in earlier years | E. Method of figuring depreciation | F. Life or rate | G. Deduction for this year |
|---|---|---|---|---|---|---|
| 5 Class Life Asset Depreciation Range (CLADR) System Depreciation ▶ | | | | | | |
| 6 Other depreciation (See instructions): | | | | | | |
| BUILDINGS | VAR | 92,849 | 24,664 | S.L. | VAR | 3,196 |
| IMPROVEMENTS | VAR | 10,229 | 6,507 | S.L | VAR | 788 |
| 7 Total column G, Section C | | | | | | 3,984 |
| 8 Enter amount from Section A, line 1 (Partnerships and S corporations enter zero) | | | | | | |
| 9 Enter amount from Section B, line 4 | | | | | | 58 |
| 10 Total—Add lines 7, 8, and 9. Enter here and on the Depreciation line of your return | | | | | | 4042 |

## PART II.—Amortization of Property

| A. Description of property | B. Date acquired | C. Cost or other basis | D. Amortization allowed or allowable in earlier years | E. Code section | F. Amortization period or percentage | G. Amortization for this year |
|---|---|---|---|---|---|---|
| 1 Total column G. Enter here and on Other Deductions or Other Expenses line of your return | | | | | | |

S.S. or E.I. Number [redacted]

| | |
|---|---|
| **Other Costs:** | |
| Freight | $ |
| Subcontract | |
| Supplies | |
| | |
| | |
| | |
| Total Other Costs | $ |
| **Taxes:** | |
| Payroll Taxes | |
| Real Estate Taxes | |
| Motor Vehicle Licenses | |
| State License | |
| City License | |
| Annual Report and Franchise Tax | |
| State Income Tax | |
| | |
| | |
| | |
| Total Taxes | $ |
| **Contributions:** | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Contributions | $ |
| **RENTAL EXPENSES:** | |
| Advertising | |
| Auto and Truck Expense | |
| Cleaning and Trash Removal | |
| Commissions | |
| Group Insurance | |
| Insurance | |
| Miscellaneous | 106 |
| Office Supplies and Postage | 250 |
| Professional Fees | 225 |
| Supplies and Small Tools | |
| Telephone | |
| Travel and Entertainment | |
| Utilities | 284 |
| TAXES | 1,432 |
| AMORTIZATION | 82 |
| DEPRECIATION | 4,002 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Other Deductions | $ 6,421 |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

For calendar year 1983 or fiscal year beginning ......................, 1983, and ending ......................, 19....

OMB No. 1545-0099

**1983**

**Partner's identifying number ▶** [redacted]

**Partnership's identifying number ▶**

Partner's name, address, and ZIP code

THOMAS H. MCGANN
517 WESTWIND DRIVE
BERWYN, PA.

PU [redacted] DEC83 D51 L *
GEORGE C WALUEFF & T H MCGANN PTR
MCWAL COMPANY
PO BOX 467
WILM DE 19899
382

A Is partner a general partner (see page 3 of Instructions)? ☑ Yes ☐ No

B Partner's share of liabilities (see page 10 of Instructions):
Nonrecourse . . . $..........
Other . . . $ 121,016

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 50 % |
| Loss sharing | % | 50 % |
| Ownership of capital | % | 50 % |

E IRS Center where partnership filed return ▶ PHILA PA

F Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|---|---|---|
| 16768 | | (14696) | 33 | 9722 | 64803 | (72420) |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) | (14,696) | Sch. E, Part II, col. (d) or (e) |
| | 2 | Guaranteed payments | | Sch. E, Part II, column (e) |
| | 3 | Interest from All-Savers Certificates | | Sch. B, Part I, line 4 |
| | 4 | Dividends qualifying for exclusion | | Sch. B, Part II, line 9 |
| | 5 | Net short-term capital gain (loss) | | Sch. D, line 4, col. f. or g. |
| | 6 | Net long-term capital gain (loss) | 34 | Sch. D, line 12, col. f. or g. |
| | 7 | Net gain (loss) from involuntary conversions due to casualty or theft | | See attached instructions |
| | 8 | Other net gain (loss) under section 1231 | | Form 4797, line 1 |
| | 9 | Other (attach schedule) | | (Enter on applicable lines of your return) |
| Deductions | 10 | Charitable contributions: 50% ........, 30% ........, 20% ........ | | See Form 1040 instructions |
| | 11 | Expense deduction for recovery property (section 179) | | Sch. E, Part II, line 28 |
| | 12 a | Payments for partner to an IRA | | See Form 1040 instructions |
| | b | Payments for partner to a Keogh Plan (Type of plan ▶ ........) | | Form 1040, line 26 |
| | c | Payments for partner to Simplified Employee Pension (SEP) | | Form 1040, line 26 |
| | 13 | Other (attach schedule) | | (Enter on applicable lines of your return) |
| Credits | 14 | Jobs credit | | Form 5884 |
| | 15 | Credit for alcohol used as fuel | | Form 6478 |
| | 16 | Credit for income tax withheld | | See Form 1040 instructions |
| | 17 | Other (attach schedule) | | (Enter on applicable lines of your return) |
| Other | 18 a | Gross farming or fishing income | | See attached instructions |
| | b | Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | c | Other (attach schedule) | | (Enter on applicable lines of your return) |
| Tax Preference Items | 19 a | Accelerated depreciation on nonrecovery real property or 15-year real property. | | Form 6251, line 4c |
| | b | Accelerated depreciation on leased personal property or leased recovery property other than 15-year real property. | | Form 6251, line 4d |
| | c | Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d | (1) Excess intangible drilling costs from oil, gas, or geothermal wells | | See Form 6251 instructions |
| | | (2) Net income from oil, gas, or geothermal wells | 202 | |
| | e | Net investment income (loss) | | Form 6251, line 2e(2) |
| | f | Other (attach schedule) | | See attached instructions |

**For Paperwork Reduction Act Notice, see Form 1065 Instructions.**

**Schedule K-1 (Form 1065) 1983**

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 20 a | Investment interest expense: | | |
| | | (1) Indebtedness incurred before 12/17/69 | | Form 4952, line 1 |
| | | (2) Indebtedness incurred before 9/11/75, but after 12/16/69 | | Form 4952, line 15 |
| | | (3) Indebtedness incurred after 9/10/75 | 8496 | Form 4952, line 5 |
| | b | Net investment income (loss) | 11,236 | See attached instructions |
| | c | Excess expenses from "net lease property" | | Form 4952, lines 11 and 19 |
| | d | Excess of net long-term capital gain over net short-term capital loss from investment property | | Form 4952, line 20 |
| Foreign Taxes | 21 a | Type of income | | Form 1116, Checkboxes |
| | b | Name of foreign country or U.S. possession | | Form 1116, Part I |
| | c | Total gross income from sources outside the U.S. (attach schedule) | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | | Form 1116, Part I |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | | Form 1116, Part III |
| | g | Other (attach schedule) | | Form 1116, instructions |
| Property Eligible for Investment Credit | 22 | Unadjusted basis of new recovery property — a 3-Year | | See attached instructions |
| | | Unadjusted basis of new recovery property — b Other | 5 | See attached instructions |
| | | Unadjusted basis of used recovery property — c 3-Year | | See attached instructions |
| | | Unadjusted basis of used recovery property — d Other | 146 | See attached instructions |
| | e | Nonrecovery property (see page 15 of Instructions) (attach schedule) | | Form 3468, instr., line 2 |
| | f | New commuter highway vehicle | | Form 3468, line 3 |
| | g | Used commuter highway vehicle | | Form 3468, line 4 |
| | h | Qualified rehabilitation expenditures | | Form 3468, line 6a,b,or c |

| Property Subject to Recapture of Investment Credit | | A | B | C | |
|---|---|---|---|---|---|
| 23 | Properties: | | | | |
| a | Description of property (state whether recovery or nonrecovery property) | | | | Form 4255, top |
| b | Date placed in service | | | | Form 4255, line 2 |
| c | Cost or other basis | | | | Form 4255, line 3 |
| d | Class of recovery property or original estimated useful life | | | | Form 4255, line 4 |
| e | Date item ceased to be investment credit property | | | | Form 4255, line 8 |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

For calendar year 1983 or fiscal year
beginning ........................ 1983, and ending ........................ 19....

OMB No. 1545-0099

**1983**

**Partner's identifying number ▶** [redacted]

**Partnership's identifying number ▶**

Partner's name, address, and ZIP code

GEORGE C. WALUEFF
P.O. BOX 467
WILMINGTON, DE. 19899

PU [redacted] DEC83 D51 L *
GEORGE C WALUEFF & T H MCGANN PTR
MCWAL COMPANY
PO BOX 467
WILM DE 19899

382
I R S

A Is partner a general partner (see page 3 of Instructions)? ☑ Yes ☐ No

B Partner's share of liabilities (see page 10 of Instructions):
Nonrecourse . . . . . . . $..................
Other . . . . . . . $ 121,056

C What type of entity is this partner? ▶ INDIVIDUAL

D Enter partner's percentage of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 50 % |
| Loss sharing | % | 50 % |
| Ownership of capital | % | 50 % |

E IRS Center where partnership filed return ▶ PHILA PA

F Reconciliation of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Ordinary income (loss) from line 1 | (d) Income not included in column (c), plus nontaxable income | (e) Losses not included in column (c), plus unallowable deductions | (f) Withdrawals and distributions | (g) Capital account at end of year |
|---|---|---|---|---|---|---|
| 16,759 | | (14697) | 34 | 9,722 | 64,803 | (72,479) |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) | (14,697) | Sch. E, Part II, col. (d) or (e) |
| | 2 Guaranteed payments | | Sch. E, Part II, column (e) |
| | 3 Interest from All-Savers Certificates | | Sch. B, Part I, line 4 |
| | 4 Dividends qualifying for exclusion | | Sch. B, Part II, line 9 |
| | 5 Net short-term capital gain (loss) | | Sch. D, line 4, col. f. or g. |
| | 6 Net long-term capital gain (loss) | 34 | Sch. D, line 12, col. f. or g. |
| | 7 Net gain (loss) from involuntary conversions due to casualty or theft | | See attached instructions |
| | 8 Other net gain (loss) under section 1231 | | Form 4797, line 1 |
| | 9 Other (attach schedule) | | (Enter on applicable lines of your return) |
| **Deductions** | 10 Charitable contributions: 50% ........, 30% ........, 20% ........ | | See Form 1040 instructions |
| | 11 Expense deduction for recovery property (section 179) | | Sch. E, Part II, line 28 |
| | 12 a Payments for partner to an IRA | | See Form 1040 instructions |
| | b Payments for partner to a Keogh Plan (Type of plan ▶ ........) | | Form 1040, line 26 |
| | c Payments for partner to Simplified Employee Pension (SEP) | | Form 1040, line 26 |
| | 13 Other (attach schedule) | | (Enter on applicable lines of your return) |
| **Credits** | 14 Jobs credit | | Form 5884 |
| | 15 Credit for alcohol used as fuel | | Form 6478 |
| | 16 Credit for income tax withheld | | See Form 1040 instructions |
| | 17 Other (attach schedule) | | (Enter on applicable lines of your return) |
| **Other** | 18 a Gross farming or fishing income | | See attached instructions |
| | b Net earnings (loss) from self-employment | | Sch. SE, Part I |
| | c Other (attach schedule) | | (Enter on applicable lines of your return) |
| **Tax Preference Items** | 19 a Accelerated depreciation on nonrecovery real property or 15-year real property | | Form 6251, line 4c |
| | b Accelerated depreciation on leased personal property or leased recovery property other than 15-year real property | | Form 6251, line 4d |
| | c Depletion (other than oil and gas) | | Form 6251, line 4i |
| | d (1) Excess intangible drilling costs from oil, gas, or geothermal wells | | See Form 6251 instructions |
| | (2) Net income from oil, gas, or geothermal wells | 701 | |
| | e Net investment income (loss) | | Form 6251, line 2e(2) |
| | f Other (attach schedule) | | See attached instructions |

**For Paperwork Reduction Act Notice, see Form 1065 Instructions.**

**Schedule K-1 (Form 1065) 1983**

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 20 a | Investment interest expense: | | |
| | | (1) Indebtedness incurred before 12/17/69 | | Form 4952, line 1 |
| | | (2) Indebtedness incurred before 9/11/75, but after 12/16/69 | | Form 4952, line 15 |
| | | (3) Indebtedness incurred after 9/10/75 | 8,496 | Form 4952, line 5 |
| | b | Net investment income (loss) | 11,236 | See attached instructions |
| | c | Excess expenses from "net lease property" | | Form 4952, lines 11 and 19 |
| | d | Excess of net long-term capital gain over net short-term capital loss from investment property | | Form 4952, line 20 |
| Foreign Taxes | 21 a | Type of income | | Form 1116, Checkboxes |
| | b | Name of foreign country or U.S. possession | | Form 1116, Part I |
| | c | Total gross income from sources outside the U.S. (attach schedule) | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | | Form 1116, Part I |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | | Form 1116, Part III |
| | g | Other (attach schedule) | | Form 1116, instructions |
| Property Eligible for Investment Credit | 22 | Unadjusted basis of new recovery property: a 3-Year | | See attached instructions |
| | | Unadjusted basis of new recovery property: b Other | 4 | See attached instructions |
| | | Unadjusted basis of used recovery property: c 3-Year | | See attached instructions |
| | | Unadjusted basis of used recovery property: d Other | 145 | See attached instructions |
| | e | Nonrecovery property (see page 15 of Instructions) (attach schedule) | | Form 3468, instr., line 2 |
| | f | New commuter highway vehicle | | Form 3468, line 3 |
| | g | Used commuter highway vehicle | | Form 3468, line 4 |
| | h | Qualified rehabilitation expenditures | | Form 3468, line 6a,b,or c |

| Property Subject to Recapture of Investment Credit | | 23 Properties: | A | B | C | |
|---|---|---|---|---|---|---|
| | a | Description of property (state whether recovery or nonrecovery property) | | | | Form 4255, top |
| | b | Date placed in service | | | | Form 4255, line 2 |
| | c | Cost or other basis | | | | Form 4255, line 3 |
| | d | Class of recovery property or original estimated useful life | | | | Form 4255, line 4 |
| | e | Date item ceased to be investment credit property | | | | Form 4255, line 8 |

# Form 1040 U.S. Individual Income Tax Return 1983

Department of the Treasury—Internal Revenue Service

For the year January 1 - December 31, 1983, or other tax year beginning , ending

OMB No. 1545-0074

**Use IRS label. Otherwise, please print or type.**

Your first name and initial (if joint return, also give spouse's name and initial) — Last name

THOMAS H & EVELYN MCGANN

Your social security number: [redacted]

Present home address (Number and street, including apartment number, or rural route)

512 WESTWIND DRIVE

Spouse's social security no.: [redacted]

City, town or post office, State and ZIP code

BERWYN, PENNA 19312

Your occupation: EXECUTIVE

Spouse's occupation: HOUSEWIFE

**Presidential Election Campaign**
Do you want $1 to go to this fund? Yes / No
If joint return, does your spouse want $1 to go to this fund? Yes / No
Note: *Checking "Yes" will not increase your tax or reduce your refund.*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

## Filing Status

Check only one box

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here
4 [ ] Head of household (with qualifying person). (See page 6 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5 [ ] Qualifying widow(er) with dependent child (Year spouse died ▶ 19 ). (See page 6 of Instructions.)

## Exemptions

Always check the box labeled Yourself. Check other boxes if they apply.

6a [X] Yourself [ ] 65 or over [ ] Blind
b [X] Spouse [ ] 65 or over [ ] Blind
Enter number of boxes checked on 6a and b ▶ 2

c First names of your dependent children who lived with you AUDREY, NANCY, LOIS, LAURA
Enter number of children listed on 6c ▶ 4

d Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,000 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

e Total number of exemptions claimed . . . Add numbers entered in boxes above ▶ 6

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 5 of Instructions.

Please attach check or money order here.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. | 75,000. |
| 8 | Interest income *(also attach Schedule B if over $400 or you have any All-Savers interest)* | 1,899. |
| 9a | Dividends (also attach Schedule B if over $400) 2,887. , 9b Exclusion 200. | |
| 9c | Subtract line 9b from line 9a and enter the result | 2,687. |
| 10 | Refunds of State and local income taxes, from worksheet on page 10 of Instructions (do not enter an amount unless you deducted those taxes in an earlier year - see page 10 of Instructions) | 1,035. |
| 11 | Alimony received | |
| 12 | Business income or (loss) *(attach Schedule C)* | |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 318. |
| 14 | 40% capital gain distributions not reported on line 13 (See page 10 of Instructions) | |
| 15 | Supplemental gains or (losses) *(attach Form 4797)* | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | |
| 17b | Taxable amount, if any, from worksheet on page 10 of Instructions | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | -38,064. |
| 19 | Farm income or (loss) *(attach Schedule F)* | |
| 20a | Unemployment compensation (insurance). Total received 20a | |
| 20b | Taxable amount, if any, from worksheet on page 11 of Instructions | |
| 21 | Other income (state nature and source—see page 11 of Instructions) | |
| 22 | **Total income.** Add amounts in column for lines 7 through 21 ▶ | 42,875. |

## Adjustments to Income

(See Instructions on page 11)

| Line | Description | Amount |
|---|---|---|
| 23 | Moving expense *(attach Form 3903 or 3903F)* | |
| 24 | Employee business expenses *(attach Form 2106)* | |
| 25a | IRA deduction, from the worksheet on page 12 | 2,250. |
| b | Enter here IRA payments you made in 1984 that are included in line 25a above ▶ 2,250. | |
| 26 | Payments to a Keogh *(H.R. 10)* retirement plan | |
| 27 | Penalty on early withdrawal of savings | |
| 28 | Alimony paid | |
| 29 | Deduction for a married couple when both work *(attach Schedule W)* | |
| 30 | Disability income exclusion *(attach Form 2440)* | |
| 31 | **Total adjustments.** Add lines 23 through 30 ▶ | 2,250. |

JOINT EXHIBIT 3

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 32 | **Adjusted gross income.** Subtract line 31 from line 22. *If this line is less than $10,000, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 3 of Instructions* ▶ | 40,625. |

3.000

**Tax Computation** (See Instructions on page 13)

| Line | Description | | | Amount |
|---|---|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | | 33 | 40,625. |
| 34a | If you itemize, complete Schedule A (Form 1040) and enter the amount from Schedule A, line 28 | | 34a | 9,581. |
| | **Caution:** If you have unearned income and can be claimed as a dependent on your parent's return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 of the Instructions if: • You are married filing a separate return and your spouse itemizes deductions, OR • You file Form 4563, OR • You are a dual-status alien. | | | |
| 34b | If you do not itemize deductions on Schedule A (Form 1040), complete the worksheet on page 14. Then enter the allowable part of your charitable contributions here | | 34b | |
| 35 | Subtract line 34a or 34b, whichever applies, from line 33 | | 35 | 31,044. |
| 36 | Multiply $1,000 by the total number of exemptions claimed on Form 1040, line 6e | | 36 | 6,000. |
| 37 | Taxable Income. Subtract line 36 from line 35 | | 37 | 25,044. ← |
| 38 | Tax. Enter tax here and check if from [X] Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | | 38 | 3,767. |
| 39 | Additional Taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, ☐ Form 5544, or ☐ section 72 penalty taxes | | 39 | |
| 40 | **Total.** Add lines 38 and 39 ▶ | | 40 | 3,767. |

**Credits** (See Instructions on page 14)

| Line | Description | | | Amount |
|---|---|---|---|---|
| 41 | Credit for the elderly *(attach Schedules R & RP)* | 41 | | |
| 42 | Foreign tax credit *(attach Form 1116)* | 42 | | |
| 43 | Investment credit *(attach Form 3468)* | 43 | 62. | |
| 44 | Partial credit for political contributions | 44 | | |
| 45 | Credit for child and dependent care expenses *(attach Form 2441)* | 45 | | |
| 46 | Jobs credit *(attach Form 5884)* | 46 | | |
| 47 | Residential energy credit *(attach Form 5695)* | 47 | | |
| 48 | **Total credits.** Add lines 41 through 47 | | 48 | 62. |
| 49 | **Balance.** Subtract line 48 from line 40 and enter difference (but not less than zero) ▶ | | 49 | 3,705. |

**Other Taxes** (Including Advance EIC Payments)

| Line | Description | | Amount |
|---|---|---|---|
| 50 | Self-employment tax *(attach Schedule SE)* | 50 | |
| 51 | Alternative minimum tax *(attach Form 6251)* | 51 | |
| 52 | Tax from recapture of investment credit *(attach Form 4255)* | 52 | |
| 53 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 53 | |
| 54 | Uncollected employee social security tax and RRTA tax on tips *(from Form W-2)* | 54 | |
| 55 | Tax on an IRA *(attach Form 5329)* | 55 | |
| 56 | **Total tax.** Add lines 49 through 55 ▶ | 56 | 3,705. |

**06 Payments** (Attach Forms W-2, W-2G, and W-2P to front.)

| Line | Description | | | Amount |
|---|---|---|---|---|
| 57 | Federal income tax withheld | 57 | 4,990. | |
| 58 | 1983 estimated tax payments and amount applied from 1982 return | 58 | | |
| 59 | Earned income credit. If line 33 is under $10,000, see page 16 | 59 | | |
| 60 | Amount paid with Form 4868 | 60 | | |
| 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | | |
| 62 | Credit for Federal tax on special fuels and oils *(attach Form 4136)* | 62 | | |
| 63 | Regulated Investment Company credit *(attach Form 2439)* | 63 | | |
| 64 | **Total payments.** Add lines 57 through 63 ▶ | | 64 | 4,990. |

COPY

**Refund or Amount You Owe**

| Line | Description | | | Amount |
|---|---|---|---|---|
| 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | | 65 | 1,285. |
| 66 | Amount of line 65 to be **REFUNDED TO YOU** ▶ | | 66 | 1,285. |
| 67 | Amount of line 65 to be applied to your 1984 estimated tax ▶ | 67 | | |
| 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1983 Form 1040" on it ▶ (Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17 of Instructions.) | | 68 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

RETAIN THIS COPY FOR YOUR FILES

▶ Your signature | Date | ▶ Spouse's signature (if filing jointly, BOTH must sign)

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 03/28/84 | Check if self-employed ☐ | Preparer's social security no. [redacted] |
| Firm's name (or yours, if self-employed) and address ▶ | ZENKER AND STYER, P.A. 1814 FOULK ROAD WILMINGTON, DE. | E.I. No. [redacted] | |
| | | ZIP code | 19810 |

Schedules A & B (Form 1040)

Department of the Treasury
Internal Revenue Service

# Schedule A—Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1983**

07

Name(s) as shown on Form 1040: THOMAS H & EVELYN MCGANN

Your social security number: [redacted]

| Section | Line | Description | Box | Amount | Total |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** (Do not include expenses reimbursed or paid by others.) (*See page 18 of Instructions.*) | 1 | Medicines and drugs | 1 | | |
| | 2 | Write 1% of Form 1040, line 33 | 2 | | |
| | 3 | Subtract line 2 from line 1. If line 2 is more than line 1, write zero | 3 | | |
| | 4 | Other medical and dental expenses: | | | |
| | a | Doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | 4a | | |
| | b | Transportation | 4b | | |
| | c | Other (list — include hearing aids, dentures, eyeglasses, etc.) ▶ | 4c | | |
| | 5 | Add lines 3 through 4c | 5 | | |
| | 6 | Multiply amount on Form 1040, line 33, by 5% (.05) | 6 | | |
| | 7 | Subtract line 6 from line 5. If line 6 is more than line 5, write zero ▶ | 7 | | |
| **Taxes** (*See page 19 of Instructions.*) | 8 | State and local income | 8 | 2,192. | |
| | 9 | Real estate | 9 | 3,156. | |
| | 10 a | General sales (see sales tax tables) | 10a | 316. | |
| | b | General sales on motor vehicles | 10b | | |
| | 11 | Other (list — include personal property) ▶ PERSONAL PROPERTY TAX | 11 | 2. | |
| | 12 | Add lines 8 through 11. Write your answer here ▶ | 12 | | 5,666. |
| **Interest Expense** (*See page 20 of Instructions.*) | 13 a | Home mortgage interest paid to financial institutions | 13a | 1,373. | |
| | b | Home mortgage interest paid to individuals (show that person's name and address) ▶ | 13b | | |
| | 14 | Credit cards and charge accounts | 14 | 168. | |
| | 15 | Other (list) ▶ SEE STATEMENT 1 | 15 | 3,426. | |
| | 16 | Add lines 13a through 15. Write your answer here ▶ | 16 | | 4,967. |
| **Contributions** (*See page 20 of Instructions.*) | 17 a | Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 17b.) | 17a | 2,256. | |
| | b | Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶ | 17b | | |
| | 18 | Other than cash (attach required statement) | 18 | | |
| | 19 | Carryover from prior year | 19 | | |
| | 20 | Add lines 17a through 19. Write your answer here ▶ | 20 | | 2,256. |
| **Casualty and Theft Losses** | 21 | Total casualty or theft loss(es) (attach Form 4684) (see page 20 of Instructions) ▶ | 21 | | |
| **Miscellaneous Deductions** (*See page 21 of Instructions.*) | 22 | Union and professional dues | 22 | | |
| | 23 | Tax return preparation fee | 23 | | |
| | 24 | Other (list) ▶ SEE STATEMENT 1 | 24 | 92. | |
| | 25 | Add lines 22 through 24. Write your answer here ▶ | 25 | | 92. |
| **Summary of Itemized Deductions** (*See page 21 of Instructions.*) | 26 | Add lines 7, 12, 16, 20, 21, and 25 | 26 | | 12,981. |
| | 27 | If you checked Form 1040 { Filing Status box 2 or 5, write $3,400; Filing Status box 1 or 4, write $2,300; Filing Status box 3, write $1,700 } | 27 | | 3,400. |
| | 28 | Subtract line 27 from line 26. Write your answer here and on Form 1040, line 34a. (If line 27 is more than line 26, see the Instructions for line 28 on page 21.) ▶ | 28 | | 9,581. |

For Paperwork Reduction Act Notice, see IRS Form 1040 Instructions.

Schedules A & B (Form 1040) 1983 **Schedule B - Interest and Dividend Income** 08 OMB No. 1545-0074 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on other side) | Your social security number

THOMAS H & EVELYN MCGANN [redacted]

**Part I Interest Income**

(See pages 9 and 21 of Instructions.)

Also complete Part III.

If you received more than $400 in interest or you received any interest from an All-Savers Certificate, you must complete Part I and list ALL interest received. If you received interest as a nominee for another, or you received or paid accrued interest on securities transferred between interest payment dates, please see page 22.

**Interest income other than interest from All-Savers Certificates**

| | | Line | Amount |
|---|---|---|---|
| 1 | Interest income from seller-financed mortgages. (See Instructions and show name of payer.) ▶ | 1 | |
| 2 | Other interest income (list name of payer) ▶ | | |
| | AMERICAN BANK & TRUST CO. | | |
| | FIRST PA. BANK | 2 | 724. |
| | WILM SAV FD SOC. | | 214. |
| | GEORGE R. MCGANN | | 23. |
| | N.Y. LIFE INS. CO. | | 829. |
| | | | 109. |
| 3 | Add lines 1 and 2 | 3 | 1,899. |

**Interest from All-Savers Certificates (ASCs). (See page 22.)**

| | | Line | Amount |
|---|---|---|---|
| 4 | | 4 | |
| 5 | Add amounts on line 4 | 5 | |
| 6 | Write the amount of your ASC exclusion from the worksheet on page 22 of Instructions | 6 | |
| 7 | Subtract line 6 from line 5 | 7 | |
| 8 | Add lines 3 and 7. Write your answer here and on Form 1040, line 8 ▶ | 8 | 1,899. |

**Part II Dividend Income**

(See pages 9 and 22 of Instructions.)

Also complete Part III.

If you received more than $400 in gross dividends (including capital gain distributions) and other distributions on stock, or you are electing to exclude qualified reinvested dividends from a public utility, complete Part II. If you received dividends as a nominee for another, see page 22.

| | Name of payer | | Line | Amount |
|---|---|---|---|---|
| 9 | QU-J.C. BENNINGTON CO. | | | 2,025. |
| | QU-FORD MOTOR CO | | 9 | 32. |
| | QU-EST. OF ELEANOR J. MCGANN | | | 830. |
| 10 | Add amounts on line 9 | | 10 | 2,887. |
| 11 | Capital gain distributions. Enter here and on line 15, Schedule D.* | 11 | | |
| 12 | Nontaxable distributions. (See Instructions for adjustment to basis.) | 12 | | |
| 13 | Exclusion of qualified reinvested dividends from a public utility. (See page 22 of Instructions.) | 13 | | |
| 14 | Add lines 11, 12, and 13 | | 14 | |
| 15 | Subtract line 14 from line 10. Write your answer here and on Form 1040, line 9a ▶ | | 15 | 2,887. |

*If you received capital gain distributions for the year and you do not need Schedule D to report any other gains or losses, do not file that schedule. Instead, enter 40% of your capital gain distributions on Form 1040, line 14.*

**Part III Foreign Accounts and Foreign Trusts**

(See page 22 of Instructions.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | | Yes | No |
|---|---|---|---|
| 16 | At any time during the tax year, did you have an interest in or a signature or other authority over a bank account, securities account, or other financial account in a foreign country? (See page 23 of the instructions for exceptions and filing requirements for Form 90-22.1.) If "Yes," write the name of the foreign country ▶ | | X |
| 17 | Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |

For Paperwork Reduction Act Notice, see IRS Form 1040 Instructions.



1600 3.000

0014

**SCHEDULE D (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

(Examples of property to be reported on this Schedule are gains and losses on stocks, bonds, and similar investments, and gains (but not losses) on personal assets such as a home or jewelry.)
▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074
**1983**
11

Name(s) as shown on Form 1040: THOMAS H & EVELYN MCGANN

Your social security number: [redacted]

## PART I. – Short-term Capital Gains and Losses – Assets Held One Year or Less

| a. Description of property (Example, 100 shares 7% preferred of "Z" Co.) | b. Date acquired (Mo., day, yr.) | c. Date sold (Mo., day, yr.) | d. Gross sales price | e. Cost or other basis, plus expense of sale | f. LOSS If column (e) is more than (d) subtract (d) from (e) | g. GAIN If column (d) is more than (e) subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

| | | | |
|---|---|---|---|
| 2 Short-term gain from sale or exchange of a principal residence from Form 2119, line 7 or 11 | 2 | | |
| 3 Short-term capital gain from installment sales from Form 6252, line 21 or 29 | 3 | | |
| 4 Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 4 | | |
| 5 Add lines 1 through 4 in column f and column g | 5 | ( ) | |
| 6 Combine columns f and g of line 5 and enter the net gain or (loss) | 6 | | |
| 7 Short-term capital loss carryover from years beginning after 1969 | 7 | | ( ) |
| 8 Net short-term gain or (loss), combine lines 6 and 7 | 8 | | |

## PART II. – Long-term Capital Gains and Losses – Assets Held More Than One Year

| a. Description of property | b. Date acquired | c. Date sold | d. Gross sales price | e. Cost or other basis | f. LOSS | g. GAIN |
|---|---|---|---|---|---|---|
| 9 EST. OF J. MCGANN | | 12-31-83 | 762. | | | 762. |

| | | | |
|---|---|---|---|
| 10 Long-term gain from sale or exchange of a principal residence from Form 2119, lines 7, 11, 16 or 18 | 10 | | |
| 11 Long-term capital gain from installment sales from Form 6252, line 21 or 29 | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 12 | | 34. |
| 13 Add lines 9 through 12 in column f and column g | 13 | ( ) | 796. |
| 14 Combine columns f and g of line 13 and enter the net gain or (loss) | 14 | | 796. |
| 15 Capital gain distributions | 15 | | |
| 16 Enter gain from Form 4797, line 6(a)(1) | 16 | | |
| 17 Combine lines 14 through 16 | 17 | | 796. |
| 18 Long-term capital loss carryover from years beginning after 1969 | 18 | | ( ) |
| 19 Net long-term gain or (loss), combine lines 17 and 18 | 19 | | 796. |

**Note:** *If you have capital loss carryovers from years beginning before 1970, do not complete Parts III or V. See Form 4798 instead.*

**For Paperwork Reduction Act Notice, see Form 1040 instructions**

## PART III. – Summary of Parts I and II

| Line | Description | Box | Amount |
|---|---|---|---|
| 20 | Combine lines 8 and 19, and enter the net gain or (loss) here . . . . . . . . . . . . . . . . . . . *Note: If line 20 is a loss, skip lines 21 through 23 and complete lines 24 and 25. If line 20 is a gain complete lines 21 through 23 and skip lines 24 and 25.* | 20 | 796. |
| 21 | If line 20 shows a gain, enter the smaller of line 19 or line 20. Enter zero if there is a loss or no entry on line 19 . . . . . . . . . . . . . . . . . | 21 | 796. |
| 22 | Enter 60% of line 21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *If line 22 is more than zero, you may be liable for the alternative minimum tax. See Form 6251.* | 22 | 478. |
| 23 | Subtract line 22 from line 20. Enter here and on Form 1040, line 13 . . . . . . . . . . . . . . . | 23 | 318. |
| 24 | If line 20 shows a loss, enter one of the following amounts:<br>a If line 8 is zero or a net gain, enter 50% of line 20;<br>b If line 19 is zero or a net gain, enter line 20; or,<br>c If line 8 and line 19 are net losses, enter amount on line 8 added to 50% of the amount on line 19 | 24 | |
| 25 | Enter here and as a loss on Form 1040, line 13, the smallest of:<br>a The amount on line 24;<br>b $3,000 ($1,500 if married and filing a separate return); or,<br>c Taxable income, as adjusted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | |

## PART IV. – Complete this Part Only if You Elect Out of the Installment Method And Report a Note or Other Obligation at Less Than Full Face Value

☐ Check here if you elect out of the installment method.

Enter the face amount of the note or other obligation ▶

Enter the percentage of valuation of the note or other obligation ▶

## PART V. – Computation of Post-1969 Capital Loss Carryovers from 1983 to 1984

(Complete this part if the loss on line 24 is more than the loss on line 25)

**Note:** *You do not have to complete Part V on the copy you file with IRS.*

### Section A. – Short-term Capital Loss Carryover

| Line | Description | Box | Amount |
|---|---|---|---|
| 26 | Enter loss shown on line 8; if none, enter zero and skip lines 27 through 30 – then go to line 31 | 26 | |
| 27 | Enter gain shown on line 19. If that line is blank or shows a loss, enter zero . . . . . . . . . . | 27 | |
| 28 | Reduce any loss on line 26 to the extent of any gain on line 27 . . . . . . . . . . . . . . . . | 28 | |
| 29 | Enter smaller of line 25 or 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29 | |
| 30 | Subtract line 29 from line 28. This is your short-term capital loss carryover from 1983 to 1984. | 30 | |

### Section B. – Long-term Capital Loss Carryover

| Line | Description | Box | Amount |
|---|---|---|---|
| 31 | Subtract line 29 from line 25 (Note: *If you skipped lines 27 through 30, enter amount from line 25*) . . . . | 31 | |
| 32 | Enter loss from line 19; if none, enter zero and skip lines 33 through 36 . . . . . . . . . . . . | 32 | |
| 33 | Enter gain shown on line 8. If that line is blank or shows a loss, enter zero . . . . . . . . . . . | 33 | |
| 34 | Reduce any loss on line 32 to the extent of any gain on line 33 . . . . . . . . . . . . . . . . | 34 | |
| 35 | Multiply amount on line 31 by 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36 | Subtract line 35 from line 34. This is your long-term capital loss carryover from 1983 to 1984. | 36 | |

**SCHEDULE E (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates and trusts, etc.)
▶ Attach to Form 1040. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1983**
12

Name(s) as shown on Form 1040: THOMAS H & EVELYN MCGANN

Your social security number: [redacted]

## PART I. – Rent and Royalty Income or Loss

1 Are any of the expenses listed below for a vacation home or other recreational unit (see Instructions)? . . . ☐ Yes ☒ No

2 If you checked "Yes" to question 1, did you or a member of your family occupy the vacation home or other recreational unit for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? . . ☐ Yes ☐ No

**Description of Properties** (Show kind and location for each)

Property A: HOUSE #98 SNOW RIDGE CARBON CTY, PA.
Property B:
Property C:

1984

| Rental and Royalty Income | Line | Properties A | Properties B | Properties C | Line | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 3 a Rents received | | 4,699. | | | 3 | 4,699. |
| b Royalties received | | | | | | |
| **Rental and Royalty Expenses** | | | | | | |
| 4 Advertising | 4 | | | | | |
| 5 Auto and travel | 5 | 138. | | | | |
| 6 Cleaning and maintenance | 6 | 480. | | | | |
| 7 Commissions | 7 | 1,880. | | | | |
| 8 Insurance | 8 | 260. | | | | |
| 9 Interest | 9 | 6,482. | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Repairs | 11 | | | | | |
| 12 Supplies | 12 | | | | | |
| 13 Taxes (Do not include Windfall Profit Tax here. See Part III, line 37.) | 13 | 1,404. | | | | |
| 14 Utilities | 14 | 649. | | | | |
| 15 Wages and salaries | 15 | | | | | |
| 16 Other (list) ▶ | | | | | | |
| 17 Total expenses other than depreciation and depletion. Add lines 4 through 16 | 17 | 11,293. | | | 17 | 11,293. |
| 18 Depreciation expense (see Instructions), or depletion | 18 | 8,070. | | | 18 | 8,070. |
| 19 Total. Add lines 17 and 18 | 19 | 19,363. | | | | |
| 20 Income or (loss) from rental or royalty properties. Subtract line 19 from line 3a (rents) or 3b (royalties) | 20 | -14,664. | | | | |

| | | |
|---|---|---|
| 21 Add properties with profits on line 20, and write the total profits here | 21 | |
| 22 Add properties with losses on line 20, and write the total (losses) here | 22 | (14,664.) |
| 23 Combine amounts on lines 21 and 22, and write the net profit or (loss) here | 23 | -14,664. |
| 24 Net farm rental profit or (loss) from Form 4835, line 49 | 24 | |
| 25 Total rental or royalty income or (loss). Combine amounts on lines 23 and 24, and write the total here. If Parts II, III, and IV on page 2 do not apply to you, write the amount from line 25 on Form 1040, line 18. Otherwise, include the amount in line 39 on page 2 of Schedule E | 25 | -14,664. |

For Paperwork Reduction Act Notice, see IRS Form 1040 Instructions.



3A2200 2.000

Schedule E (Form 1040) 1983 12 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on other side)

THOMAS H & EVELYN MCGANN

Your social security number [redacted]

## PART II. – Income or Losses from Partnerships, Estates or Trusts, or S Corporations

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198. See instructions.

**Partnerships**

| (a) Name | (b) Check if foreign partnership | (c) Employer identification number | (d) Net loss (see instructions for at-risk limitations) | (e) Net income |
|---|---|---|---|---|
| MC WAL COMPANY | | | -14,696. | |
| INVESTMENT INTEREST EXPENSE | | | -8,496. | |
| DEPLETION NOT SUBJ. TO LIMIT | | | -208. | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 26 | Add amounts in columns (d) and (e) and write the total(s) here | 26 ( 23,400.) | |
| 27 | Combine amounts in columns (d) and (e), line 26, and write the net income or (loss) | 27 | -23,400. |
| 28 | Deduction for section 179 property (from Form 1065, Schedule K-1). (See Instructions for limitations.) | 28 | ( ) |
| 29 | Total partnership income or (loss). Combine amounts on lines 27 and 28. Write the total here and include in line 39 below | 29 | -23,400. |

**Estates or Trusts**

| (a) Name | (b) | (c) Employer identification number | (d) Net loss | (e) Net income |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 30 | Add amounts in columns (d) and (e) and write the total(s) here | 30 ( ) | |
| 31 | Total estate or trust income or (loss). Combine amounts in columns (d) and (e), line 30. Write the total here and include in line 39 below | 31 | |

**S Corporations**

| (a) Name | (b) | (c) Employer identification number | (d) Net loss | (e) Net income |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 32 | Add amounts in columns (d) and (e) and write the total(s) here | 32 ( ) | |
| 33 | Combine amounts in columns (d) and (e), line 32, and write the net income or (loss) here | 33 | |
| 34 | Deduction for section 179 property (from Form 1120S, Schedule K-1). (See Instructions for limitations.) | 34 | ( ) |
| 35 | Total S corporation income or (loss). Combine amounts on lines 33 and 34. Write the total here and include in line 39 below | 35 | |

## PART III. – Windfall Profit Tax Summary

| | | | |
|---|---|---|---|
| 36 | Windfall profit tax credit or refund received in 1983 (see Instructions) | 36 | |
| 37 | Windfall profit tax withheld in 1983 (see Instructions) | 37 | ( ) |
| 38 | Combine amounts on lines 36 and 37. Write the total here and include in line 39 below | 38 | |

## PART IV. – Summary

| | | | |
|---|---|---|---|
| 39 | TOTAL income or (loss). Combine lines 25, 29, 31, 35, and 38. Write total here and on Form 1040, line 18 ▶ | 39 | -38,064. |
| 40 | Farmers and fishermen: Write your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II | 40 | |

## PART V. – Depreciation Claimed in Part I.

– Complete only if property was placed in service before January 1, 1981. For more space, use Form 4562. If you placed any property in service after December 31, 1980, use Form 4562 for all property; do NOT complete Part V.

| | (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in prior years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year |
|---|---|---|---|---|---|---|---|
| Property A | SEE STATEMENT | | 67,895. | | | | 8,070. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Totals (Property A) | | 67,895. | | | | 8,070. |
| Property B | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Totals (Property B) | | | | | | |
| Property C | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Totals (Property C) | | | | | | |

Form **3468** Department of the Treasury Internal Revenue Service

# Computation of Investment Credit

▶ Attach to your tax return.
▶ Schedule B (Business Energy Investment Credit) on back.

OMB No. 1545-0155 **1983** 25

Name(s) as shown on return: THOMAS H & EVELYN MCGANN

Identifying number: [redacted]

## PART I. – Elections (Check the box(es) below that apply to you (See Instruction D).)

A I elect to increase my qualified investment to 100% for certain commuter highway vehicles under section 46(c)(6) . . . ☐

B I elect to increase my qualified investment by all qualified progress expenditures made this and all later tax years . . . . ☐
Enter total qualified progress expenditures included in column (4), Part II ▶

C I claim full credit on certain ships under section 46(g)(3). (See Instruction B for details.) . . . . . ☐

## PART II. – Qualified Investment

| 1 Recovery Property | | Line | (1) Class of Property | (2) Unadjusted Basis | (3) Applicable Percentage | (4) Qualified Investment (Column 2 x column 3) |
|---|---|---|---|---|---|---|
| Regular Percentage | New Property | (a) | 3-year | | 60 | |
| | | (b) | Other | 473. | 100 | 473. |
| | Used Property | (c) | 3-year | | 60 | |
| | | (d) | Other | 146. | 100 | 146. |
| Section 48(q) Election to Reduce Credit (instead of adjusting basis) | New Property | (e) | 3-year | | 40 | |
| | | (f) | Other | | 80 | |
| | Used Property | (g) | 3-year | | 40 | |
| | | (h) | Other | | 80 | |

| | Line | Amount |
|---|---|---|
| 2 Nonrecovery property – Enter total qualified investment (See instructions for line 2) | 2 | |
| 3 New commuter highway vehicle – Enter total qualified investment (See Instruction D(1)) | 3 | |
| 4 Used commuter highway vehicle – Enter total qualified investment (See Instruction D(1)) | 4 | |
| 5 **Total qualified investment in 10% property** – Add lines 1(a) through 1(h), 2, 3, and 4 (See instructions for special limits) | 5 | 619. |
| 6 Qualified rehabilitation expenditures – Enter total qualified investment for: | | |
| a 30-year old buildings | 6a | |
| b 40-year old buildings | 6b | |
| c Certified historic structures (See instructions) | 6c | |

## PART III. – Tentative Regular Investment Credit

| | Line | Amount |
|---|---|---|
| 7 10% of line 5 | 7 | 62. |
| 8 15% of line 6a | 8 | |
| 9 20% of line 6b | 9 | |
| 10 25% of line 6c | 10 | |
| 11 Credit from cooperative – Enter regular investment credit from cooperatives | 11 | |
| 12 Current year regular investment credit – Add lines 7 through 11 | 12 | 62. |
| 13 Carryover of unused credits | 13 | |
| 14 Carryback of unused credits | 14 | |
| 15 Tentative regular investment credit – Add lines 12, 13, and 14 | 15 | 62. |

## PART IV. – Tax Liability Limitations

| | Line | Amount |
|---|---|---|
| 16 a Individuals – From Form 1040, enter tax from line 38, page 2, plus any additional taxes from Form 4970; b Estates and trusts – From Form 1041, enter tax from line 26a, plus any section 644 tax on trusts; c Corporations (1120 filers) – From Form 1120, Schedule J, enter tax from line 3; d Other organizations – Enter tax before credits from return | 16 | 3,767. |
| 17 a Individuals – From Form 1040, enter credits from lines 41 and 42 of page 2; b Estates and trusts – From Form 1041, enter any foreign tax credit from line 27a; c Corporations (1120 filers) – From Form 1120, Schedule J, enter any foreign tax credit from line 4(a), plus any possessions tax credit from line 4(f); d Other organizations – Enter any foreign or possessions tax credit | 17 | |
| 18 Income tax liability as adjusted (subtract line 17 from line 16) | 18 | 3,767. |
| 19 a Enter smaller of line 18 or $25,000. See instruction for line 19 | 19a | 3,767. |
| b If line 18 is more than $25,000 – Enter 85% of the excess | 19b | |
| 20 Regular investment credit limitation – Add lines 19a and 19b | 20 | 3,767. |
| 21 Allowed regular investment credit – Enter the smaller of line 15 or line 20 | 21 | 62. |
| 22 Business energy investment credit limitation – Subtract line 21 from line 18 | 22 | 3,705. |
| 23 Business energy investment credit – From line 14 of Schedule B | 23 | |
| 24 Allowed business energy investment credit – Enter smaller of line 22 or line 23 | 24 | NONE |
| 25 Total allowed regular and business energy investment credit – Add lines 21 and 24. Enter here and on Form 1040, line 43; Schedule J (Form 1120), line 4(b), page 3; or the proper line on other returns | 25 | 62. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **3468** (1983)

3X1710 3.000

Form **4562** Depreciation and Amortization

Department of the Treasury
Internal Revenue Service

▶ See separate instructions.
▶ Attach this form to your return.

OMB No. 1545-0172
**1983**
67

Name(s) as shown on return: THOMAS H & EVELYN MCGANN

Identifying number: [redacted]

Business or activity to which this form relates

## PART I. – Depreciation

### Section A. – Election to expense recovery property (Section 179)

| A. Class of property | B. Cost | C. Expense deduction |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| 1 Total (not more than $5,000). Enter here and on page 2, line 8 (Partnerships or S corporations – see the Schedule K and Schedule K-1 instructions of Form 1065 or 1120S . . . . . . . . . . . . . . . . . | | |

### Section B. – Depreciation of recovery property

| A. Class of property | B. Date placed in service | C. Cost or other basis | D. Recovery period | E. Method of figuring depreciation | F. Percentage | G. Deduction for this year |
|---|---|---|---|---|---|---|
| 2 Accelerated Cost Recovery System (ACRS) (See instructions): | | | | | | |
| (a) 3-year property | | | | | | |
| (b) 5-year property | | | | | | |
| SEE SCHEDULE E | | 5,745. | | | | 1,233. |
| (c) 10-year property | | | | | | |
| (d) 15-year public utility property | | | | | | |
| (e) 15-year real property-low-income housing | | | | | | |
| (f) 15-year real property other than low-income housing SEE SCHEDULE E | | 62,150. | | | | 6,837. |
| 3 Property subject to section 168(e)(2) election (See instructions): | | | | | | |
| 4 Total column G. Enter here and on page 2, line 9 . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 8,070. |

See Paperwork Reduction Act Notice on page 1 of the separate instructions.

Form **4562** 1983

3X2300 2.000

0020

Case 1:05-cv-01189-CFL Document 50-2 Filed 11/08/2007 Page 22 of 23

## Section C. — Depreciation of nonrecovery property

| A. Description of property | B. Date acquired | C. Cost or other basis | D. Depreciation allowed or allowable in earlier years | E. Method of figuring depreciation | F. Life or rate | G. Deduction for this year |
|---|---|---|---|---|---|---|
| 5 Class Life Asset Depreciation Range (CLADR) System Depreciation . . . . . . . . . . . . . . . . ▶ | | | | | | |
| 6 Other depreciation (See instructions): | | | | | | |
| 7 Total column G, Section C . . . . . . . . . . | | | | | | |
| 8 Enter amount from Section A, line 1 (Partnerships and S corporations enter zero) . . . . . . . . . . | | | | | | |
| 9 Enter amount from Section B, line 4 . . . . . . . . . . | | | | | | 8,070. |
| 10 Total – Add lines 7, 8, and 9. Enter here and on the Depreciation line of your return . . . . . . . . . | | | | | | 8,070. |

## PART II. – Amortization of property

| A. Description of property | B. Date acquired | C. Cost or other basis | D. Amortization allowed or allowable in earlier years | E. Code section | F. Amortization period or percentage | G. Amortization for this year |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 Total column G. Enter here and on Other Deductions or Other Expenses line of your return . . . . . . | | | | | | |

3X2310 2.000

THOMAS H & EVELYN MCGANN
BERWYN, PENNA 19312

STATEMENT 1
[redacted]

SUPPLEMENTS TO FORM 1040

| | |
|---|---|
| **INTEREST EXPENSE** | |
| ITT COMM. DEV. CORP. | 510. |
| AUTO LOANS | 1,325. |
| DE TRUST CO | 1,591. |
| TOTAL | 3,426. |

| | |
|---|---|
| **MISCELLANEOUS DEDUCTIONS** | |
| SAFE DEPOSIT BOX RENTAL | 30. |
| INV. EXP. | 62. |
| TOTAL | 92. |

SCHEDULE OF DEPRECIATION FOR HOUSE #98 SNOW RIDGE CARBON CTY, PA.

| DESCRIPTION OF PROPERTY | COST OR BASIS | DATE ACQUIRED | ACRS DESCRIP. | DEP.ALLOW PRIOR YRS | METH | RATE LIFE | DEPREC. THIS YR |
|---|---|---|---|---|---|---|---|
| BUILDING | 62,150. | 10-13-82 | 15-REAL | 2,486. | PRE | .110 | 6,837. |
| FURNITURE & FIXTURES | 5,300. | 10-13-82 | 5-YR | 795. | PRE | .220 | 1,166. |
| FURNITURE & FIXTURES | 468. | 06-30-83 | 5-YR | | PRE | .150 | 67.N |
| LESS ITC REDUCTION | -23. | | | | | | |
| TOTAL DEPRECIATION | 67,895. | | | 3,281. | | | 8,070. |