Internal Revenue Service

Department of the Treasury

000153175

Date: APR 06 1987

Name of Partnership: Drake Oil Technolog

Taxpayer Identifying Number: 84-0856853

Tax Year Ended: December 31, 1983

Date FPAA Mailed to Tax Matters Partner:

Person to Contact: E. Walstaad

Contact Telephone Number: (303) 844-5934

American Energy Resources, Inc. TMP
Drake Oil Technology
2485 Grant Avenue
Suite 300
Ogden, Utah 84401

## NOTICE OF FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENT

We have determined that there are adjustments to the partnership return as shown on the attached schedule of adjustments, Form 870-P, Settlement Agreement for Partnership Adjustments. This letter is the notice of Final Partnership Administrative Adjustment (FPAA).

If you want to enter into a binding settlement to treat partnership items consistently with the treatment of the items on the partnership return as modified by the FPAA, sign and return the enclosed Form 870-P. If the Commissioner accepts your offer of settlement, the treatment of partnership items under the settlement will be binding and will not be affected by any later judicial determination.

If you are the tax matters partner (the partnership representative who deals with IRS) and want to contest these adjustments in court, you have 90 days from the date this letter was mailed to file a petition for a readjustment of the partnership items with the United States Tax Court, the United States Claims Court, or the District Court of the United States for the district in which the partnership's principal place of business is located. During this 90-day period, no other partner may file a petition for judicial review, and the filing of a petition by the tax matters partner precludes all other actions.

If the tax matters partner has NOT filed a petition by the 90th day from the date the FPAA was mailed, any other partner entitled to receive this notice under section 6223 of the Internal Revenue Code (or any group of partners who together have an interest of 5 percent or more in the profits of the partnership (5-percent group)) may petition one of these courts after the 90th day, but on or before the 150th day, from the date the FPAA was mailed to the tax matters partner. Only one petition to the court is allowed. If more than one petition is filed, the first petition filed in the Tax Court will go forward. All other petitions (even those filed earlier) will be dismissed. If no petition is filed in the Tax Court, the first petition filed in one of the other courts will go forward and subsequent petitions will be dismissed.

Petitions filed with the United States Tax Court must be mailed to 400 Second Street, N.W., Washington, D.C. 20717. Attach a copy of this letter to the petition. The time in which you must file a petition with the court is fixed by

(over)

JOINT EXHIBIT 4

law and the court cannot consider your case if your petition is filed late. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

As a condition to filing a petition in either the appropriate District Court or the Claims Court, the partner filing the petition (including each member of a 5-percent group which files a petition) must deposit with the Internal Revenue Service, on or before the day the petition is filed, the amount by which the partner's tax liability would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items under the FPAA. If you reported partnership items the way the partnership reported them on its return, you can generally determine the amount to deposit by taking your pro-rata share of the partnership's adjustments into account in refiguring your tax.

If no readjustment petition is filed in any of the courts listed on the front of this letter, this FPAA becomes binding and you will be billed for any additional tax that you may owe under the FPAA. You will not be permitted to contest the treatment of partnership items under the FPAA in any refund claim or suit. The law permits us to bill you after 150 days from the mailing date of the FPAA to the tax matters partner. However, if a petition is filed in the Tax Court, you will not be billed until the Tax Court decision is final.

If you have any questions about this matter, please write to the person whose name and address are shown on this letter. If you write, attach this letter to help identify your account. Keep the copy for your records. Also include your telephone number and the most convenient time for us to call you in case we need more information.

If you prefer, you may call the IRS contact person at the telephone number shown in the heading of this letter. If the number is outside your local calling area, there will be a long-distance charge to you.

You may call the IRS telephone number listed in your local directory. An IRS employee there may be able to help you, but the contact person at the address shown on this letter is most familiar with your case.

Thank you for your cooperation.

Sincerely yours,

Lawrence B. Gibbs
Commissioner
by

G. L. Mihlbachler
District Director

Enclosures:
Form 870-P
Copy of this letter

Page ___ of ___ pages

Form 4605-A (Rev. July 1980)

Department of the Treasury—Internal Revenue Service

**Examination Changes - Partnerships, Fiduciaries, Small Business Corporations, and Domestic International Sales Corporations**

| Name and Address | Employer Identification Number | Form Number |
|---|---|---|
| Drake Oil Technology Partners<br>1360 Sunset Cliffs Blvd.<br>San Diego, CA 92107 | 84-0856853 | 1065 |
| | Person Examination Changes Were Discussed With | Name:<br>Title: |

| 1. Adjustments to ordinary, distributable net, or taxable income | Year 1983 | Year | Year |
|---|---|---|---|
| a Deductions | 23,198,105 | | |
| b. | | | |
| c. | | | |
| d | | | |
| e. | | | |
| f. | | | |
| g | | | |
| 2. Total adjustments to ordinary, ~~distributable net or taxable~~ income | 23,198,105 | | |
| 3. Ordinary, ~~distributable net or taxable~~ income as reported | (19,698,934) | | |
| 4. Corrected ordinary, ~~distributable net or taxable~~ income. | 3,499,171 | | |
| 5 Other adjustments – See Attached | | | |
| a | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |
| b | | | |
| (1) Adjustment | | | |
| (2) As reported | | | |
| (3) Corrected | | | |

Remarks

| Examiner's Signature | District Office | Date |
|---|---|---|
| [signature] | SD | [illegible] |

Form 4605-A (Rev. 7-80)

Drake Oil Technology Partners
1983-1065
Other Adjustments

| | | |
|---|---|---|
| Item 5a. | Net Investment (Loss) Tax Preference Item | |
| | Adjustment | $19,501,945 |
| | As Reported | ($19,501,945) |
| | Corrected | $0 |
| Item 5b. | Net Earnings (loss) From Self-employment | |
| | Adjustment | $164,070 |
| | As Reported | ($7,720) |
| | Corrected | $156,350 |
| Item 5c. | Basis of New Recovery Property Eligible for ITC-Other (48q) | |
| | Adjustment | $3,272 |
| | As Reported | $3,272 |
| | Corrected | $0 |
| Item 5d. | Basis of Used Recovery Property Eligible for ITC-Other (48q) | |
| | Adjustment | $107,083 |
| | As Reported | $107,083 |
| | Corrected | $0 |
| Item 5e. | Cost Depletion | |
| | Adjustment | $152,941 |
| | As Reported | $152,941 |
| | Corrected | $0 |
| Item 5f. | Oil & Gas Depletion to Extent of Basis | |
| | Adjustment | $152,941 |
| | As Reported | $152,941 |
| | Corrected | $0 |

Form **870-P**
(Rev. February 1985)

Department of the Treasury — Internal Revenue Service

**Settlement Agreement for Partnership Adjustments (Under IRC 6224)**

| Names and address of taxpayers *(Number, street, city or town, State, ZIP code)* | Social security or employer identification number |
|---|---|
| American Energy Resources, Inc. TMP<br>Drake Oil Technology Partners<br>2485 Grant Ave. Suite 300<br>~~Ogden, Utah 84401~~ | 84-0856853 |

Under the provisions of section 6224(c) of the Internal Revenue Code, the undersigned offers to enter into a settlement agreement with respect to the determination of partnership items of the partnership(s) for the year(s) shown on the attached schedule of adjustments. The undersigned also offers to waive restrictions on the assessment and collection of any deficiency (with interest as provided by law) that would result from making the treatment of partnership items on the return of the undersigned consistent with the treatment of those items on the partnership return with the attached schedule of adjustments:

This offer is subject to acceptance for the Commissioner of the Internal Revenue Service. It will take effect as a waiver of restrictions on the date it is accepted. Unless and until it is accepted, it will have no force or effect.

If this offer is accepted for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

Signature of taxpayer ______________________ Date ________

Signature of taxpayer ______________________ Date ________

By *(Signature and title)* ______________________ Date ________

**NOTE:** The execution and filing of this offer will expedite the adjustment of the liability.

If this offer is executed with respect to a year for which a **JOINT RETURN OF A HUSBAND AND WIFE** was filed, it must be signed by both spouses, unless one spouse, acting under a power of attorney, signs as agent for the other.

If the taxpayer is a corporation, the offer must be signed with the corporate name followed by the signature and title of the officer authorized to sign.

This offer may be executed by the taxpayer's attorney or agent provided the action is specifically authorized by a power of attorney, which must accompany the form.

| FOR INTERNAL REVENUE USE ONLY | Date accepted for Commissioner | Signature |
|---|---|---|
| | Office | Title |

Department of the Treasury – Internal Revenue Service

## SETTLEMENT AGREEMENT FOR PARTNERSHIP ADJUSTMENTS

### SCHEDULE OF ADJUSTMENTS

NAME OF PARTNERSHIP Drake Oil Technology Partners

TAXPAYER IDENTIFYING NUMBER 84-0856853

TAX YEAR ENDED: December 31, 1983

| DETAIL OF ADJUSTMENTS | December 31, 1983 | | |
|---|---|---|---|
| TO ORDINARY INCOME: | | | |
| 1. Deductions | $23,198,105 | | |
| 2. DISTRIBUTIVE SHARE ITEMS: | | | |

a. Net Investment Income (loss)-Tax Preference Item

| | |
|---|---|
| Reported | $(19,501,945) |
| Corrected | 0 |
| Adjustment | $ 19,501,945 |

b. Net Earnings from Self-Employment

| | |
|---|---|
| Reported | $( 7,720) |
| Corrected | 156,350 |
| Adjustment | $ 164,070 |

c. Basis of New Recovery Property Eligible for Investment Tax Credit

| | |
|---|---|
| Reported | $ 3,272 |
| Corrected | 0 |
| Adjustment | $ 3,272 |

d. Basis of Used Recovery Property Eligible for Investment Tax Credit

| | |
|---|---|
| Reported | $ 107,083 |
| Corrected | 0 |
| Adjustment | $ 107,083 |

e. Oil and Gas Depletion and Cost Depletion

| | |
|---|---|
| Reported | $ 152,941 |
| Corrected | 0 |
| Adjustment | $ 152,941 |

**TOTAL ADJUSTMENTS** to Ordinary Income: $23,198,105

Form 870-P (Rev. 2-85)

*U.S. Government Printing Office: 1985—461-493/20025

Statement
Schedule 2

Explanation of Adjustments
Drake Oil Technology
Partnership Year Ended December 31, 1983

1. It is determined that the deductions, reported by Drake Oil Technology (A TEFRA Partnership) on its 1983 partnership income tax return in the amount of $23,198,105.00 (See Exhibit A) are disallowed for the following reasons:

(a) It has not been established that the underlying events, transactions and expenditures occurred in fact or in substance;

(b) It has not been established that the claimed deductions originated in a trade or business or in a transaction entered into for profit;

(c) It has not been established that the claimed deductions do not materially distort income;

(d) It has not been established that the stated prices of the technology license and the various extraction rights do not exceed the actual cost to the partnership for those items. Thus, the deductions based thereon are disallowed since it has not been established that they have economic reality.

(e) It has not been established that the notes executed by the partners in favor of the partnership are recourse, are not contingent, are not speculative and have economic substance.

Furthermore, the claimed deductions are not allowed because it has not been established that they were derived from expenditures which:

(a) Were incurred after the commencement of a business activity;

(b) Qualify as ordinary and necessary business expenses of the partnership or expenses incurred by the partnership for the production of income;

(c) Were properly accrued by the partnership;

(d) Were incurred by the partnership in connection with the purpose designated by the partnership; and

(e) Were not capital in nature.

Statement
Schedule 2

Explanation of Adjustments
Drake Oil Technology
Partnership Year Ended December 31, 1983

1. (Cont'd)

In addition, it has not been shown:

(a) That the entity from which the partnership purportedly licensed a technology portfolio had any rights to such property which could be licensed;

(b) What the fair market value of the purported technology license is, and that the purported price of the license to the partnership, did not unreasonably exceed the fair market value of such license;

(c) What the fair market value of the extraction rights to the Parker Field is, and that the purported price of such extraction rights to the partnership, did not unreasonably exceed the fair market value of such rights.

In addition, it has not been established that license fees claimed by the partnership qualify as research and experimental expenditures under Internal Revenue Code Section 174.

Additionally, the deductions are not allowable because they have not been adequately substantiated as to amount or the nature of the deduction.

Additionally, the deductions are disallowed because there was no response received to requests to provide documents and other information to support the claimed deductions. Because of this, it could not be established which deductions were proper or what the proper amounts of the deductions should be.

Furthermore, it has not been established that the partners were at risk within the meaning of Internal Revenue Code Section 465 for any amounts in excess of those actually paid in cash to the partnership. Thus it has not been established that the partnership losses are not in excess of the partners' adjusted basis.

Statement
Schedule 2

Explanation of Adjustments
Derringer Oil Technology Partners-1981
Partnership Year Ended December 31, 1983

3. With respect to distributive share items it has been determined for the reasons stated above in explanation 1 that:

(a) net investment income (loss) for tax preference items is -0-;

(b) depletion is -0-;

(c) net earnings from self-employment is $156,350.00 as recomputed without regard to any distributive share of income or loss;

(d) basis of new and used recovery property eligible for investment tax credit is -0-.

With respect to the distributive share item, basis of new and used recovery property eligible for investment tax credit, in addition to the explanation in 1 and 3 above, it was determined that the distributive share amounts are -0- because it has not been established:

(a) that the property was investment credit property as defined in section 48 of the Internal Revenue Code;

(b) that the taxpayer had a basis in such property.

Statement
Schedule 2

Explanation of Adjustments
Drake Oil Technology
Partnership Year Ended December 31, 1983

This Final Partnership Administrative Adjustment for the tax year ended December 31, 1983 does not reflect possible adjustments to Oil Technology Group-Illinois Basin Partnership, a TEFRA partnership in which you were a partner in 1983. Oil Technology Group-Illinois Basin Partnership is currently under examination pursuant to the TEFRA provisions of IRC section 6221 thru 6231. You will be informed of any adjustments to your 1983 returns after completion of the partnership examination.

EXHIBIT A

SCHEDULE OF DEDUCTIONS
RE: DRAKE OIL TECHNOLOGY PARTNERS
PARTNERSHIP TAX YEAR ENDED DECEMBER 31, 1983

| | AMOUNT PER RETURN | AMOUNT PER EXAMINATION | ADJUSTMENT |
|---|---|---|---|
| Interest expense | $ 3,401,521 | $0 | $ 3,401,521 |
| Guaranteed payments | 156,350 | 0 | 156,350 |
| License fee | 18,155,000 | 0 | 18,155,000 |
| Accounting | 22,310 | 0 | 22,310 |
| Abandonment | 579,558 | 0 | 579,558 |
| Legal & Other expenses | 25,483 | 0 | 25,483 |
| Consulting | 704,060 | 0 | 704,060 |
| Amortization | 54,465 | 0 | 54,465 |
| Depreciation | 8,583 | 0 | 8,583 |
| Overhead | 90,775 | 0 | 90,775 |
| Total | $23,198,105 | $0 | $23,198,105 |

11/02/07

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 21530-87 INDEX

Vulcan Oil Technology Partners, Vanguard Oil Technology Partners, Drake Oil Technology Partners, Dillon Oil Technology Partners, Derringer Oil Technology Partners 1981, Derringer Oil Technology Partners 1982, Crowne Oil Technology Partners, Louis Coppage, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

| | | |
|---|---|---|
| Vulcan Oil Technology Partners<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | (Service Attorney)<br>O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street<br>Castle Rock, CO 80104 |
| Vanguard Oil Technology Partners<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street<br>Castle Rock, CO 80104 |
| Drake Oil Technology Partners<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street<br>Castle Rock, CO 80104 |
| Dillon Oil Technology Partners<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street<br>Castle Rock, CO 80104 |
| Derringer Oil Technology Partners 1981<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street<br>Castle Rock, CO 80104 |
| Derringer Oil Technology Partners 1982<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street<br>Castle Rock, CO 80104 |
| Crowne Oil Technology Partners<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street<br>Castle Rock, CO 80104 |
| Louis Coppage<br>C/O Declan J. O'Donnell | OD0102<br>NO. 1 | O'Donnell, Declan J.<br>Declan Joseph O'Donnell, P.C.<br>777 Fifth Street |

JOINT EXHIBIT 5

0034

Castle Rock, CO 80104

PARTICIPANTS:

Partner(s) Other Than the
Tax Matters Partner

(Continued to page 2)

Docket No. 21530-87 (Continuation Page 2) 11/02/07 INDEX

| | | |
|---|---|---|
| Kenneth Walters | GJ0847<br>NO. 1 | (Service Attorney)<br>Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Robert McQuillan | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Robert Selna | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Ronald Rose | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Robert McBride | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| David Malcolm | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Richard Lipson | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Floyd Johnson | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Alfred Fritts | GJ0847 | Gigounas,John |

NO. 1 Simpson & Gigounas

(Continued to page 3)

Docket No. 21530-87 (Continuation Page 3) 11/02/07 INDEX

| | | |
|---|---|---|
| | | Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| William Freschi | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Sudha Bidani | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Robert Abrams | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Dan Fields | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Ronald L. Simek | GJ0847<br>NO. 1 | Gigounas,John<br>Simpson & Gigounas<br>Suite 750<br>100 Pine Street<br>San Francisco, CA 94111 |
| Roger McDuffie | PL0170<br>NO. 1 | (Service Attorney)<br>Paine,Linda S.<br>Chamberlain,Hrdlicka,White,etc<br>Suite 1400<br>1200 Smith Street<br>Houston, TX 77002 |
| Clinton H. Rider<br>Margaret Rider | BD0559<br>NO. 1 | (Service Attorney)<br>Brager,Dennis Neal<br>Brager Tax Law Group<br>18th Floor<br>10940 Wilshire Blvd.<br>Los Angeles, CA 90024 |
| Caroline N. Rider | BD0559<br>NO. 1 | Brager,Dennis Neal<br>Brager Tax Law Group<br>18th Floor |

10940 Wilshire Blvd.

(Continued to page 4)

Docket No. 21530-87 (Continuation Page 4) 11/02/07 INDEX

Los Angeles, CA 90024

| | | |
|---|---|---|
| George Rider<br>Marianne Rider | BD0559<br>NO. 1 | Brager, Dennis Neal<br>Brager Tax Law Group<br>18th Floor<br>10940 Wilshire Blvd.<br>Los Angeles, CA 90024 |
| Thomas Rider<br>Laura Rider | BD0559<br>NO. 1 | Brager, Dennis Neal<br>Brager Tax Law Group<br>18th Floor<br>10940 Wilshire Blvd.<br>Los Angeles, CA 90024 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/02/87 | PF | PETITION Filed:Fee Paid | | R 07/06/87 | |
| 0002 | 07/02/87 | DPT | DESIGNATION of Trial at Denver, CO | | R 07/06/87 | |
| 0003 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Donald Waknin be allowed to participate.(S 8/7/87 on Petr. only)(Leave to file Granted) | | R 08/24/87 | |
| 0004 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Thomas B. Stroud be allowed to participate.(S 8/3/87 on Petr. only) | | R 08/24/87 | |
| 0005 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Kenneth Walters be allowed to participate. (S 8/3/87 on Petr. only) | | R 08/24/87 | |
| 0006 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Kenneth Stoops be allowed to participate. | | B 08/24/87 | |
| 0007 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Robert McQuillan be allowed to participate. | | B 08/24/87 | |
| 0008 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste 2450, San Francisco, CA 94111 that Robert Selna be allowed to participate. | | B 08/24/87 | |
| 0009 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, | | B 08/24/87 | |

(Continued to page 5)

0040

11/02/07

Docket No. 21530-87 (Continuation Page 5) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | 50 California St., Ste. 2450, San Francisco, CA 94111 that Ronald Rose be allowed to participate. | | | |
| 0010 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Robert McBride be allowed to participate. | | B 08/24/87 | |
| 0011 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that David Malcolm be allowed to participate. | | B 08/24/87 | |
| 0012 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Richar Lipson be allowed to participate. | | B 08/24/87 | |
| 0013 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Peter Klatt be allowed to participate. | | B 08/24/87 | |
| 0014 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Geoffrey Hartzler be allowed to participate. | | B 08/24/87 | |
| 0015 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Floyd Johnson be allowed to participate. | | B 08/24/87 | |
| 0016 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Richard Hamamura be allowed to participate. | | B 08/24/87 | |
| 0017 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Alfred Fritts be allowed to participate. | | B 08/24/87 | |
| 0018 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Donald Fritts be allowed to participate. | | B 08/24/87 | |
| 0019 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that William Freschi be allowed to participate. | | B 08/24/87 | |
| 0020 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Sudha Bidani be allowed to participate. | | B 08/24/87 | |

(Continued to page 6)

11/02/07

Docket No. 21530-87 (Continuation Page 6)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0021 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that John Ahnert be allowed to participate. | | B 08/24/87 | |
| 0022 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Robert Abrams be allowed to participate. | | B 08/24/87 | |
| 0023 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Dan Fields be allowed to participate. | | B 08/24/87 | |
| 0024 | 08/10/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that Ronald L. Simek be allowed to participate. | | B 08/24/87 | |
| 0025 | 08/13/87 | NOT | NOTICE OF ELECTION by John Gigounas, SIMPSON & GIGOUNAS, 50 California St., Ste. 2450, San Francisco, CA 94111 that John T. Cook be allowed to participate. (S 8/10/87 on Petr. only) | | R 08/24/87 | |
| 0026 | 08/31/87 | ACS | ANSWER (C/S 08/28/87). | | | |
| 0027 | 09/14/87 | NOE | NOTICE OF ELECTION TO PARTICIPATE by John T. Cook. (C/S 9-8-87:Petr.) | | R 09/23/87 | |
| 0028 | 11/13/87 | NOT | NOTICE OF ELECTION by Martin A.Schainbaum,(MARTIN A. SCHAINBAUM)One Market Plaza,Steuart Street Tower,Suite 2310, San Francisco,CA 94105 that Heather Farnsworth be allowed to participate. | | R 11/30/87 | |
| 0029 | 02/05/88 | OAJ | ORDER that case is assigned to Judge Swift. | | B 02/05/88 | |
| 0030 | 01/10/95 | MISC | RESPONSES TO REQUEST FOR ADMISSIONS by Resp. LODGED. (C/S 1/9/95) | | | |
| 0031 | 02/23/95 | O | ORDER Petr. by 3/31/95 file request for admissions. | | B 02/24/95 | C |
| 0032 | 05/01/95 | MOT | MOTION by Heather Farnsworth, participant to withdraw Martin Schainbaum. | GR 05/10/95 | B 05/11/95 | |
| 0033 | 05/03/95 | O | ORDER Petr. Carlton Oil Technology Partners Ltd.'s req. for admissions is deemed without effect. | ORD 05/18/95 | B 05/04/95 | |
| 0034 | 05/18/95 | O | ORDER Court's 5/3/95 order is vacated. | | B 05/18/95 | |
| 0035 | 05/18/95 | O | ORDER Petr. American Energy Resources, Inc.'s req. for | | B 05/18/95 | |

(Continued to page 7)

0042

11/02/07

Docket No. 21530-87 (Continuation Page 7)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | admissions is deemed without effect. | | | |
| 0036 | 05/22/95 | NOT | NOTICE by Resp. of settlement under Rule 248(c)(1) for participants Donald Waknin, Peter Klatt, John T. Cook, Richard Hamamura, John Ahnert, Donald Fritte, Geoffrey Hartzler, Kenneth Stoops and Thomas B. Stroud. C/S | | | |
| 0037 | 05/22/95 | MOTR | MOTION by resp. to dismiss participant Heather Farnsworth for failure to satisfy the requirements of Rule 245(b). C/S | GR 06/13/95 | B 06/14/95 | C |
| 0038 | 08/28/95 | MOT | MOTION by Linda S. Paine to file NOE to participate for Roger McDuffie. (NOE Ld) C/S-resp. only | GR 08/30/95 | B 08/31/95 | |
| 0039 | 08/30/95 | NOE | NOTICE OF ELECTION TO PARTICIPATE for Roger McDuffie. | | R 08/31/95 | |
| 0040 | 01/31/96 | MOT | MOTION by Dennis N. Brager, 2029 Century Park East, Suite 600, Los Angeles, CA 90067 to file not. of election for Clinton H. & Margaret Rider, Caroline N. Rider, George & Marianne Rider and Thomas & Laura Rider. (NE Ld.) (C/S 1/26/96 on Resp. only) | GR 04/16/96 | P 02/14/96<br>B 04/17/96 | C |
| 0041 | 02/13/96 | O | ORDER Resp. by 3/15/96 file a response to mot to file not. of election. Add'l service on Dennis N. Brager at address stated herein. | | B 02/14/96 | C |
| 0042 | 03/15/96 | RESP | RESPONSE by Resp. to mot. to file not. of election. (C/S 3/14/95 on O'Donnell, Gigounas & Brager) (per Judge) | | P 03/21/96 | |
| 0043 | 04/16/96 | NOE | NOTICE OF ELECTION TO PARTICIPATE Clinton & Margaret Rider; Caroline Rider; George & Marianne Rider; & Thomas & Laura Rider filed. | | B 04/17/96 | |
| 0044 | 06/17/96 | MOT | MOTION by Declan J. O'Donnell to file notice of election for Frank E. Acierno (Not. of Elec. Ld.). (C/S 6/11/96) | ORD 03/05/98 | | |
| 0045 | 06/20/96 | O | ORDER Resp. by 7/29/96 file a response to mot. to file NOE for Frank E. Acierno. | | B 06/20/96 | C |
| 0046 | 07/03/96 | RESP | RESPONSE by resp. to mot. to file NOE for Frank E. Acierno. (C/S 7/2/96) | | | |
| 0047 | 09/03/96 | MOT | MOTION by Declan J. O'Donnell to file notice of election for Ray C. & Helen W. Koernig, Jr. (Not. of election Ld.) (Mot. to set aside settlement agreement for Vulcan Oil Technology partners, Ray C. & Helen W. Koernig, Jr. for 1983 Ld.) (C/S 8/29/96) | ORD 03/05/98 | | |

(Continued to page 8)

0043

11/02/07

Docket No. 21530-87 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0048 | 09/03/96 | MOT | MOTION by Declan J. O'Donnell to file notice of election for John J. & Emmie P. Nerney. (Not. of Election Ld.) (Mot. to set aside settlement agreement for Dillon Oil Technology 1983 Partners, John J. & Emmie P. Nerney for 1983 Ld.) (C/S 8/29/96) | ORD 03/05/98 | | |
| 0049 | 09/04/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Samuel W. & B.L. Peterson. (NOE & Mot to set aside Ld.) (C/S 8/29/96) | ORD 03/05/98 | | |
| 0050 | 09/04/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Robert P. & Margaret M. Kuntz. (NOE & Mot to set aside Ld.) (C/S 8/29/96) | ORD 03/05/98 | | |
| 0051 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Allan A. O'Brien. (NOE & Mot. to set aside settlement agreement for Derringer Oil Technology partner, Allan A. O'Brien for 1983 Ld.) (C/S 9/4/96) | ORD 03/05/98 | | |
| 0052 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Robert W. & Mary W. Wilkinson. (NOE & Mot. to set aside settlement agreement for Dillon Oil Technology partners, Robert W. & Mary M. Wilkinson for 1983 Ld.) (C/S 9/4/96) | ORD 03/05/98 | | |
| 0053 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Russell H. Pierce. (NOE Ld.) (C/S 9/6/96) | ORD 03/05/98 | | |
| 0054 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Scott K. & Barbara F. Monroe. (NOE Ld.) (C/S 9/6/96) | ORD 03/05/98 | | |
| 0055 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Stewart & Shirley Shaft. (NOE Ld.) (C/S 9/6/96) | ORD 03/05/98 | | |
| 0056 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Steve & Elaine Stroube. (NOE Ld.) (C/S 9/6/96) | ORD 03/05/98 | | |
| 0057 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Fred E. & June W. Wise, Jr. (NOE Ld.) (C/S 9/6/96) | ORD 03/05/98 | | |
| 0058 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for John D. & Joanne M. Miller. (NOE Ld.) (C/S 9/6/96) | ORD 03/05/98 | | |
| 0059 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Charles R. & Margaret Cotham. (NOE Ld.) (C/S 9/6/96) | ORD 03/05/98 | | |
| 0060 | 09/09/96 | MOT | MOTION by Declan O'Donnell to file not. of election for James | ORD 03/05/98 | | |

(Continued to page 9)

0044

11/02/07

Docket No. 21530-87 (Continuation Page 9) INDEX

NO. DATE EVENT FILINGS AND PROCEEDINGS ACT/STAT DTE SERVED M

R. & Sally M. Brusenhan. (NOE Ld.) (C/S 9/6/96)
0061 09/09/96 MOT MOTION by Declan O'Donnell to file not. of election for Frederick J. & Karen A. Buckwold. (NOE Ld.) (C/S 9/6/96) ORD 03/05/98
0062 09/09/96 MOT MOTION by Declan O'Donnell to file not. of election for Robert A. & Vernice A. Turner. (NOE Ld.) (C/S 9/6/96) ORD 03/05/98
0063 09/09/96 MOT MOTION by Declan O'Donnell to file not. of election for Allen D. & Jo C. Pink. (NOE Ld.) (C/S 9/6/96) ORD 03/05/98
0064 09/09/96 MOT MOTION by Declan O'Donnell to file not. of election for Gary G. & Dorothy Morikone. (NOE Ld.) (C/S 9/6/96) ORD 03/05/98
0065 09/09/96 MOT MOTION by Declan O'Donnell to file not. of election for Robert F. & Marilyn B. Jacobsen. (NOE & Mot. to set aside settlement agreement for Dillon Oil Technology partners, Robert F. & Marilyn B. Jacobsen for 1983. Ld.) (C/S 9/4/96) ORD 03/05/98
0066 09/12/96 MOT MOTION by Declan O'Donnell on behalf of R. & V. Turner to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge ORD 03/05/98
0067 09/12/96 MOT MOTION by Declan O'Donnell on behalf of F. & J. Wise, Jr. to set aside settlement agreement LODGED (C/S 8-14-96) Per Judge ORD 03/05/98
0068 09/12/96 MOT MOTION by Declan O'Donnell on behalf of S. & B. Monroe to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge ORD 03/05/98
0069 09/12/96 MOT MOTION by Declan O'Donnell on behalf of C. & M. Cotham to set aside settlement. LODGED (C/S 8-14-96) Per Judge ORD 03/05/98
0070 09/12/96 MOT MOTION by Declan O'Donnell on behalf of R. Pierce to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge ORD 03/05/98
0071 09/12/96 MOT MOTION by Declan O'Donnell on behalf of J. & S. Brusenhan to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge ORD 03/05/98
0072 09/12/96 MOT MOTION by Declan O'Donnell on behalf of J. & J. Miller to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge ORD 03/05/98
0073 09/12/96 MOT MOTION by Declan O'Donnell on behalf of G. & D. Morikone to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge ORD 03/05/98

(Continued to page 10)

11/02/07

Docket No. 21530-87 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0074 | 09/12/96 | MOT | MOTION by Declan O'Donnell on behalf of A. & J. Pink to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge | ORD 03/05/98 | | |
| 0075 | 09/12/96 | MOT | MOTION by Declan O'Donnell on behalf of F. & K. Buckwold to set aside settlement agreement. LODGED (C/S 8-14-96) Per Judge | ORD 03/05/98 | | |
| 0076 | 09/16/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Bruce & Linda Forsberg. (NOE & Mot. to set aside Ld). w/Ex. (C/S 9-12-96) | ORD 03/05/98 | | |
| 0077 | 09/16/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Thomas F. Monk & Hazel G. Monk (Dec'd). (NOE & Mot. to set aside Ld). w/Ex. (C/S 9/13/96) | ORD 03/05/98 | | |
| 0078 | 09/16/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Hugo G. & Susan A. Blake. (NOE & Mot. to set aside Ld). w/Ex. (C/S 9-12-96) | ORD 03/05/98 | | |
| 0079 | 09/16/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Jack M. & Regina T. Hawkins. (NOE & Mot set aside Ld.) C/S 9/13/96 | ORD 03/05/98 | | |
| 0080 | 09/16/96 | MOT | MOTION by Declan O'Donnell to file not of election for Charles R. & Marilyn M. Mangum. (NOE & Mot to set aside Ld). C/S 9/13/96 | ORD 03/05/98 | | |
| 0081 | 09/16/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Thomas L. & Kay V. McCaffrey. (NOE & Mot to set aside Ld). C/S 9/12/96 | ORD 03/05/98 | | |
| 0082 | 09/16/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Tim & Daryl M. Elliot. (NOE & Mot to set aside Ld). C/S 9/12/96 | ORD 03/05/98 | | |
| 0083 | 09/17/96 | O | ORDER Resp. by 11-12-96 file Obj. to Declan O'Donnell's mot. to file not. of election for Ray C. & Helen W. Koernig, Jr. All other mots filed by Declan O'Donnell shall be held in abeyance. | | B 09/17/96 | C |
| 0084 | 09/20/96 | MOT | MOTION by Declan O'Donnell to file not. of election for V. & L. Hay-Roe for Drake Oil as to 1983 tax year. (NOE & Mot. to set aside LD) (C/S 9-18-96) | ORD 03/05/98 | | |
| 0085 | 09/20/96 | MOT | MOTION by Declan O'Donnell to file not. of election for D. Fritts for Dillon Oil Tech-1982 as to 1983 tax year. (NOE & Mot. to set aside LD.) (C/S 9-18-96) | ORD 03/05/98 | | |

(Continued to page 11)

11/02/07

Docket No. 21530-87 (Continuation Page 11)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0086 | 09/20/96 | MOT | MOTION by Declan O'Donnell to file not. of election for L. & D. Gridley for Crowne Oil Tech. as to 1983 tax year. (NOE & Mot. to set aside LD.) (C/S 9-18-96) | ORD 03/05/98 | | |
| 0087 | 09/20/96 | MOT | MOTION by Declan O'Donnell to file not. of election for T. & M. Logan for Crowne Oil Tech. as to 1983 tax year. (NOE & Mot. to set aside LD) (C/S 8-18-96) | ORD 03/05/98 | | |
| 0088 | 09/20/96 | MOT | MOTION by Declan O'Donnell to file not. of election for J. & M. Harvey for Vanguard Oil Tech. as to 1983 tax year. (NOE & Mot. to set aside Ld.) (C/S 9-18-96) | ORD 03/05/98 | | |
| 0089 | 09/20/96 | MOT | MOTION by Declan O'Donnell to file not. of election for L. & S. McEwen for Crowne Oil Tech as to 1983 tax year. (NOE & Mot. to set aside Ld.) (C/S 9-18-96) | ORD 03/05/98 | | |
| 0090 | 09/20/96 | MOT | MOTION by Declan O'Donnell to file not. of election for R. & G. Meyer for Dillon Oil Tech. as to 1983 tax year. (NOE & Mot. to set aside Ld.) (C/S 9-18-96) | ORD 03/05/98 | | |
| 0091 | 09/23/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Patrick & Frances Griffin. w/Ex. (C/S 9-18-96) (NOE & Mot. to set aside Ld). | ORD 03/05/98 | | |
| 0092 | 09/23/96 | MOT | MOTION by Declan O'Donnell to file not. of election for James D. & Maxine R. Gallup. w/Ex. (C/S 9-19-9) (NOE & Mot. to set aside Ld) | ORD 03/05/98 | | |
| 0093 | 09/26/96 | MOT | MOTION by Declan O'Donnell to file not. of election for Mary F. Hill. (NOE Ld.) (C/S 9/24/96) | ORD 03/05/98 | | |
| 0094 | 09/30/96 | O | ORDER Resp. by 11-1-96 file response to mot. to file not. of election for Mary F. Hill. | | B 10/01/96 | C |
| 0095 | 10/10/96 | MOT | MOTION by Declan J. O'Donnell to file notice of election for William D. & Arlene D. Ginn. w/Exs. (Not. of election Ld.) (Mot. to set aside settlement agreement for Carlton Oil Technology & Vanguard Oil Technology partners, William D. & Arlene D. Ginn for 1983 Ld.) (C/S 10/8/96) | ORD 03/05/98 | | |
| 0096 | 10/24/96 | MOT | MOTION by Declan J. O'Donnell to file notice of election for Troy A. Athon. w/Ex. (Not. of election Ld.) (Mot. to set aside settlement agreement for Dillon Oil Technology partner, Troy A. Athon for 1983 Ld.) (C/S 10/22/96) | ORD 03/05/98 | | |
| 0097 | 10/30/96 | MOT | MOTION by Declan J. O'Donnell to file notice of election for | ORD 03/05/98 | | |

(Continued to page 12)

0047

11/02/07
Docket No. 21530-87 (Continuation Page 12) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | Fred L. & Beverly R. Amtower. w/Ex. (Notice of election Ld.) (Mot. to set aside settlement agreement for Dillon Oil Technology partners, Fred L. & Beverly R. Amtower for 1983 Ld.) (C/S 10/28/96) | | | |
| 0098 | 10/30/96 | MOT | MOTION by Declan J. O'Donnell to file notice of election for Lomand A. & Janice Beals. w/Ex. (Notice of election Ld.) (Mot. to set aside settlement agreement for Carlton Oil Technology partners, Lomand A. & Janice Beals, for 1983 Ld.) (C/S 10/28/96) | ORD 03/05/98 | | |
| 0099 | 10/31/96 | RESP | RESPONSE by Resp. to mot. to file not. of election for Mary F. Hill. (C/S 10-30-96) | | | |
| 0100 | 11/06/96 | MOT | MOTION by Declan J. O'Donnell to file not. of election for Jodh & Venna Arora. (NOE & Mot. to set aside Ld.) (C/S 11/4/96) | ORD 03/05/98 | | |
| 0101 | 11/12/96 | RESP | RESPONSE by Resp. to Mot. to file NOE for Ray & Helen Koernig, Jr. (C/S 11/8/96) | | | |
| 0102 | 11/12/96 | MOT | MOTION by Declan J. O'Donnell to file not. of election for Richard W. & Remedios C. Hartmann. (Notice of election Ld.) (Mot. to set aside settlement agreement for Drake Oil Tech. Partners, Richard W. & Remedios Hartmann for 1983 Ld.) (C/S 11/7/96) | ORD 03/05/98 | | |
| 0103 | 11/15/96 | MOT | MOTION by Declan J. O'Donnell to file not. of election for Lloyd W. Bailey. (Not of eleciton Ld) (Mot. to set aside settlement agreement for Dillon Oil Technology Partners re: Lloyd W. Bailey for 1983 Ld) (C/S 11-12-96) | ORD 03/05/98 | | |
| 0104 | 11/15/96 | MOT | MOTION by Declan J. O'Donnell to file not. of election for Johnny & Emmalou Gaz. (Not. of Election Ld) (Mot. to set aside settlement agreement for Vanguard Oil Technology Partners re: Johnny & Emmalou Gaz for 1983) (C/S 11-12-96) | ORD 03/05/98 | | |
| 0105 | 12/06/96 | MOT | MOTION by Declan J. O'Donnell to file not. of election for James & Jenelle House. (Not. of Election Ld) (Mot. to set aside settlement agreement for Drake Oil Technology Partners re: James & Jenelle House for 1983 Ld). (C/S 12-3-96) | ORD 03/05/98 | | |
| 0106 | 12/06/96 | MOT | MOTION by Declan J. O'Donnell to file not. of election for Ladd T. Tucek. (Not. of Election Ld) (Mot. to set aside settlement agreement for Dillon Oil Technology Partner re: Ladd T. Tucek for 1983 Ld) (C/S 12-3-96) | ORD 03/05/98 | | |
| 0107 | 03/17/97 | O | ORDER set 5/19/97 Dallas, TX time & date certain 5/21/97 on | | B 03/19/97 | C |

(Continued to page 13)

0048

11/02/07

Docket No. 21530-87 (Continuation Page 13)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | mots. to file nots. of election. Re: the mots. All discovery be completed by 4/25/97. Stip. of facts, stip. of ex. & pre-trial hearing brfs. be submitted by 5/19/97. | | | |
| 0108 | 04/21/97 | NCA | NOTICE of Change of Address for atty. O'Donnell. (C/S 4-16-97) | | | |
| 0109 | 05/16/97 | O | ORDER 21530-87 16768-88 & 24725-89 are consolidated. | | B 05/16/97 | C |
| 0110 | 05/19/97 | HEAR | HEARING before Judge Swift at Dallas, TX<br>Also called 5-21-97. 57 Motions for leave to file NOE-CAV. Briefs on Mots to file NOE due.<br>ORIGINAL BRIEFS DUE 8-4-97<br>ANSWERING BRIEFS DUE 8-19-97<br>(w/special instructions limiting number of pages) | | | |
| 0111 | 05/21/97 | STP | STIPULATION OF FACTS w/Exhs. (DAL) | | | |
| 0112 | 05/21/97 | STP | STIPULATION OF EXHIBITS pertaining to 5-21-97 hearing. (DAL) | | | |
| 0113 | 05/21/97 | MISC | HEARING MEMORANDUM by Resp. filed. (Per Judge) (DAL) | | P 06/10/97 | C |
| 0114 | 05/21/97 | MISC | HEARING MEMORANDUM by Petr. (C/S 5-19-97) (Per Judge) (DAL) | | | |
| 0115 | 06/20/97 | TRAN | TRANSCRIPT of 5/21/97 received. | | | |
| 0116 | 08/04/97 | BFR | BRIEF for resp. on mots. to file NOE. (Per Judge) | | P 08/08/97 | C |
| 0117 | 08/07/97 | BFP | BRIEF for petr. on mots. to file NOE. (p.m.t.) (Per Judge) (C/S 8-4-97) | | | |
| 0118 | 08/19/97 | RBFR | REPLY BRIEF for resp. on mots to file NOE. (Filed & Served Per Judge) | | P 09/12/97 | C |
| 0119 | 11/10/97 | MOTR | MOTION by resp. to appoint TMP. (C/S 11/10/97) (N.Obj.) | ORD 03/22/99 | | |
| 0120 | 11/19/97 | O | ORDER Resp. by 1-20-98 file a copy of list that gives name, address & partners of Carlton Oil Technology Partners, Ltd. Petr. by 2-20-98 inform Court in writing of name & address of person they would like as TMP. | | B 11/20/97 | C |
| 0121 | 12/29/97 | MOT | MOTION by Declan O'Donnell to file not. of election for Floyd & Selwyn Wilson. (NOE & Mot. to set aside Ld.) (C/S 12-22-97) | ORD 03/05/98 | | |
| 0122 | 01/08/98 | RESP | RESPONSE by resp. to Order dtd. 11/19/97. (C/S 1/7/98) (Per Judge) | | | |

(Continued to page 14)

11/02/07

Docket No. 21530-87 (Continuation Page 14)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0123 | 01/12/98 | MOT | MOTION by Declan O'Donnell to file not. of election for Thomas L. & Betty R. Saliba. (NOE & Mot. to set aside 870-P Ld) (C/S 1-6-98) | ORD 03/05/98 | | |
| 0124 | 01/12/98 | MOT | MOTION by Declan O'Donnell to file not. of election for Vanguard Oil Technology Partners and Roy E. & Renee B. Hanson. (NOE & Mot. to set aside 870-P Ld) (C/S 1/9/98) | ORD 03/05/98 | | |
| 0125 | 02/03/98 | MOT | MOTION by by Declan O'Donnell to file not. of election for Vanguard Oil Technology Partners Johnny & Emmalou Gaz. (NOE & Mot. to set aside Ld.) (C/S 1/29/98) | ORD 03/05/98 | | |
| 0126 | 02/25/98 | MOT | MOTION by Declan O'Donnell to file notice of election for James D. Fisher. (NOE & Mot. to set aside 870-P Ld) (C/S 2-23-98) | ORD 03/05/98 | | |
| 0127 | 03/05/98 | TCOP | T.C. OPINION, Judge Swift 110 T.C. No. 15. (Appropriate order will be issued) | | B 03/05/98 | C |
| 0128 | 03/05/98 | O | ORDER that Movants Motions for leave to file NOE by Declan J. O'Donnell are denied. Lodged NOE's & Motions to set aside settlement agreements will not be filed. | | B 03/05/98 | C |
| 0129 | 05/27/98 | O | ORDER resp. by 7-16-98 file copy of list that gives name, address & partners of Carlton Oil Technology Partners, Ltd. Petr. by 8-17-98 inform Court in writing of name & address of person they would like as TMP. | | B 05/29/98 | C |
| 0130 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,2nd Cir. filed by Petrs. Jodh & Venna Arora, Dillon Oil Technology Partners. (Appeals also filed in 16768-88) Fee Paid. C.A. #98-4245. | | B 06/18/98 | C |
| 0131 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,3rd. Cir. filed by Petr. Frank E. Acierno, Drake Oil Technology Partners. (Appeals also filed in 16768-88) (Fee Paid 7-6-98. C.A. #98-6138) | | B 06/18/98 | C |
| 0132 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,4th Cir. filed by Petrs. Thomas L. & Kay V. McCaffrey, Dillon Oil Technology Partners. (Appeals also filed in 16768-88) Fee Paid 7-16-98. C.A. #98-1911 | | B 06/18/98 | C |
| 0133 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,5th Cir. filed by Petrs. Steve & Elaine Stroube, Dillon Oil Technology Partners, Charles R. & Marilyn M. Mangum, Dillon Oil Technology Partners, James Ford & Martha Harvey, Vanguard Oil Technology Partners. (Appeals also filed in 16768-88) Fee Paid 7-20-98. | | B 06/18/98 | C |

(Continued to page 15)

0050

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0134 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,6th Cir. filed by Petrs. Scott K. & Barbara F. Monroe, Dillion OilTechnology Partners, Raymond P. & Gretchen A. Meyer, Dillon Oil Technology Partners, William D. & Arlene D. Ginn, Carlton and Vanguard Oil Technology Partners. (Appeals also filed in 16768-88) Fee Paid 7-13-98. C.A. #98-1717. | | B 06/18/98 | C |
| 0135 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,8th Cir. filed by Petrs. Stewart & Shirley Shaft, Drake Oil Technology Partners, Robert A. & Vernice A. Turner, Dillon Oil Technology Partners. (Appeals also filed in 16768-88) Fee Paid 7-23-98. C.A. #98-3023. | | B 06/18/98 | C |
| 0136 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,9th Cir. filed by Petrs. Samuel W. & B.L. Peterson, Dillon Oil Technology Partners, Gary G. & Dorothy Morikone, Crowne Oil Technology Partners, Victoor & Lynn Hay-Roe, Drake Oil Technology Partners, Donald H. Fritts, Dillon Oil Technology Partners, Larry B. & Daila S. Gridley, Crowne Oil Technology Partners, Richard W. & Remedios C. Hartmann, Drake Oil Technology Partners, Thomas L. & Betty R. Saliba, Drake Oil Technology Partners, Roy E. & Renee B. Hanson, Vanguard Oil Technology Partners. (Appeals also filed in 16768-88 & 24725-89) Fee Paid 7-20-98. C.A. #98-70749. | | B 06/18/98 | C |
| 0137 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,10th Cir. filed by Petrs. Ray C. & Helen W. Koernig, Jr., Vulcan Oil Technology Partners, James R. & Sally M. Brusenhan, Vulcan Oil Technology Partners, Federick J. & Karen A. Buckwold, Drake Oil Technology Partners, Johnny & Emmalou Gaz, Vanguard Oil Technology Partners, Ladd T. Tucek, Dillon Oil Technology Partners, Floyd & Selwyn Wilson, Vulcan Oil Technology Partners, James D. Fisher, Dillon Oil Technology Partners. (Appeals also filed in 16768-88) Fee Paid 7-1-98. CA #98-9017. | | B 06/18/98 | C |
| 0138 | 06/04/98 | NOAD | NOTICE OF APPEAL to U.S.C.A.,11th Cir. filed by Petrs. Robert F. & Marilyn B. Jacobsen, Dillon Oil Technology Partners, Bruce A. & Linda Forsberg, Dillon Oil Technology Partners, Troy A. Athon, Dillon Oil Technology Partners. (Appeals also filed in 16768-88) Fee Paid 7-23-98. C.A. No. 98-2845. | | B 06/18/98 | C |
| 0139 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | B 06/18/98 | C |
| 0140 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | B 06/18/98 | C |

(Continued to page 16)

11/02/07

Docket No. 21530-87 (Continuation Page 16)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| 0141 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | | B 06/18/98 | C |
| 0142 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | | B 06/18/98 | C |
| 0143 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | | B 06/18/98 | C |
| 0144 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | | B 06/18/98 | C |
| 0145 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | | B 06/18/98 | C |
| 0146 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | | B 06/18/98 | C |
| 0147 | 06/18/98 | NOF | NOTICE of Filing with copy of notice of appeal sent to the parties. | | | B 06/18/98 | C |
| 0148 | 07/15/98 | RESP | RESPONSE by Resp. to order re: parties to proceeding. w/Exh. (C/S 7-14-98) | | | | |
| 0149 | 08/20/98 | NCA | NOTICE of Change of Address for atty. John Gigounas. | | | R 08/25/98 | |
| 0150 | 08/24/98 | MISC | U.S.C.A. 8th Cir. Order 8-18-98. Appeal transferred to 10th Cir. | | | | |
| 0151 | 08/28/98 | AT | U.S.C.A. 3rd Cir. Order 08/25/98 Appeal transferred to 10th Cir | | | | |
| 0152 | 09/21/98 | AT | U.S.C.A. 4th Cir. Order 08/18/98 Appeal transferred to 10th Cir | | | | |
| 0153 | 09/28/98 | AT | U.S.C.A. 6th Cir. Order 09/23/98 Appeal transferred to 10th Cir | | | | |
| 0154 | 09/28/98 | MISC | U.S.C.A. 9th Cir. Order 9-21-98 Appeal transferred to 10th Cir. | | | | |
| 0155 | 01/11/99 | AT | U.S.C.A. 2nd Cir. Order 12/04/98 Appeal transferred to 10th Cir | | | | |
| 0156 | 01/13/99 | MOT | MOTION by Declan J. O'Donnell, on behalf of Marvin Tabor, Jr. & Dolores Tabor, to file notice of election to participate. (NOE Ld.) (C/S 12/16/98 for Resp. & 1/11/99 for other parties) | DN | 03/17/99 | B 03/24/99 | C |
| 0157 | 01/13/99 | MOT | MOTION by Declan J. O'Donnell, on behalf of Edward & Sandra Chase, to file notice of election to participate. (NOE Ld.) (C/S 12/16/98 for Resp. & 1/11/99 for other parties) | DN | 03/17/99 | B 03/24/99 | C |

(Continued to page 17)

0052

11/02/07

Docket No. 21530-87 (Continuation Page 17)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0158 | 01/22/99 | O | ORDER Resp. by 3/5/99 file response to mots to file notices of election to participate. | | B 01/25/99 | C |
| 0159 | 03/04/99 | RESP | RESPONSE by resp. to mot for leave to file not of election to participate on behalf of Marvin Tabor, Jr. & Dolores Tabor. C/S 3/3/99 | | | |
| 0160 | 03/04/99 | RESP | RESPONSE by resp. to mot for leave to file not of election to participate on behalf of Edward & Sandra Chase. C/S 3/3/99 | | | |
| 0161 | 03/22/99 | O | ORDER so much of 11-10-97 mot as moves to appoint TMP is granted in that Louis Coppage is TMP for Vulcan Oil, Vanguard Oil, Drake Oil, Dillion Oil, Derringer Oil 1981 & 1982 and Crowne Oil. The Partners of Carlton Oil Technology by 5-10-99 show cause in writing why they should not be dismissed for failure to properly prosecute. Caption of case is amended. Atty. Declan O'Donnell is counsel for Louis Coppage. | | B 03/25/99 | C |
| 0162 | 05/17/99 | MISC | U.S.C.A. 11th Cir. Order of 9-11-98. Appeal transferred to the 10th. Cir. | | | |
| 0163 | 07/20/99 | O | ORDER so much of 11/10/97 mot. which moves to appoint TMP is Dn. "Carlton Oil Technology Partners, Ltd." is severed from this case & asssigned 10564-99; caption amended. 3/22/99 OSC is discharged. | | B 07/23/99 | C |
| 0164 | 08/09/99 | MOT | MOTION by Declan O'Donnell, on behalf of Charles A. Embrey & Estate of Sharon A. Embrey, to file notice of election to participate & vacate IRS 870-P for 1983. (NOE LD.) (Per Judge) | DN 08/12/99 | B 08/13/99 | C |
| 0165 | 01/05/00 | MISC | U.S.C.A. 10th Cir. Order and Judgment 11-2-99. Decision Affirmed as to C.A. #'s 98-9017, 98-9020, & 98-9024. | | | |
| 0166 | 04/18/00 | MISC | U.S.C.A. 10th Cir. Order & Judgment 4-14-00. Decision Affirmed as to C.A. #'s 98-9025, 98-9028, 98-9029, 98-9034, 98-9044, & 99-9000. | | | |
| 0167 | 06/25/01 | O | ORDER that consolidation is severed. | | B 06/25/01 | C |
| 0168 | 12/20/01 | MOTR | MOTION by resp. to dismiss for LOP. w/Exs. (C/S 12-19-01) | ORD 06/13/02 | | |
| 0169 | 03/22/02 | O | ORDER partners listed on attachment to this order by 5-24-02 show cause why case should not be dismissed. | | B 03/22/02 | C |

(Continued to page 18)

11/02/07
Docket No. 21530-87 (Continuation Page 18)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Additional service of copies of this order w/attachment & motion to dismiss for LOP is made on partners named in said attachment. (R-In-F 4-2-02 for Mackoic, Corporate Energy Management, & T-H Investors) (R-In-F 4-3-02 for Schultz & Assoc., Rebco, Ltd., Automatic Vanguard, & Wilcash Co.) (R-In-F 4-4-02 for Garcia) (R-In-F 4-5-02 for Ruskowski, Gross, Dethlefsen, Mackovic, Centurian Capitol Corp., Rabon, Silver River Enterprises, Hado Partners, & Barclay) (R-In-F 3-8-02 for Compu-Lease Assoc, Debra Lowery, Robert Marshall, Jr., Dallas Tourney, Inc., Kuemmer Investment Partnership, Foresee Group Ltd., Affiliated Consultants, Fred L. & Martna Allman, Harlan & Kathelyn Butler, Barrister Propwerty Realty Investors, Filler Investment Partnership, The Suntage Alliance, Debra Lowrey, Carolyn Greene, Cathy Abdun-Nur & Joseph Durrett, Robert & Rita Black and Abravahimi Joint Ventures) (R-In-F 4-10-02 for Tipton, Spencer, Kash Investment Co., Devitto Stegmeyer Associates, Iafelice, Ron Royal, Inc., Butcher, Jr., Schutt, Miller, & Shields) (R-In-F 4-11-02 for McCutchen, Vogel, Helms, Hill, Bergherm, Lane Ave. Property & Sutherland) (R-In-F 4-12-02 for Leukart, Jr., Osburn, & Rozehnal) (R -In-F 4-15-02 for Ficklin, Boffone, Tabor, & Arnold Investment) (R-Re-M 4-17-02 for Voughon) (R-Re-M 4-18-02 for Quad Ptrs.) (R-In-F 4-18-02 for McKelvey) (R-Re-M 4-22-02 for Vaughan & Potter, Salido, Jr. & Cawley) (R-Re-M 4-23-02 for Bayer & Cohen) (R-In-F 4-24-02 for M&D Enterprises) (R-Re-M 4-24-02 for Suchor & Hamberger) (R-Re-M 4-29-02 for Scott) (R-Re-M 5-2-02 for Sapko) (R-Re-M 5-6-02 for Conrad & Gatliff) (R-In-F 5-9-02 for Oherron) (R-Re-M 5-13-02 for Robbins) (R-In-F 5-14-02 for Quad Tech Partners) (R-In-F 5-20-02 for Bayer) (R-In-F 5-28-02 for Gatliff) (R-In-F 6-11-02 for Ficklin) | | | |
| 0170 | 04/29/02 | RESP | RESPONSE by Fred C. Sellers, Sr. for Michael H. Igau, a partner to show cause order. (Per Judge) | B | 06/13/02 | C |
| 0171 | 05/09/02 | RESP | RESPONSE by Romuald J. Klauer, a Partner to show cause order. (Per Judge) | B | 06/13/02 | C |
| 0172 | 05/24/02 | RESP | RESPONSE by Richard & Mary Weiss, a partner to show cause order. (Per Judge) | B | 06/13/02 | C |
| 0173 | 05/31/02 | RESP | RESPONSE by R. Newland, for F. & C. Martinez a Partner to show cause order. (Leave gr.) | B | 06/13/02 | C |
| 0174 | 06/13/02 | ODD | ORDER OF DISMISSAL AND DECISION ENTERED, Judge Swift. OSC dated 3-22-02 is made absolute. Resp's. 12-20-02 Mot to dismiss | B | 06/13/02 | C |

(Continued to page 19)

0054

11/02/07

Docket No. 21530-87 (Continuation Page 19)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | for LOP is granted. Add'l. service as stated herein. (R-In-F 6-24-02 for:Kash Investment, Tourney, Inc., Allman, Rebco, Lowrey, Ron Royal, Vogel, Kuemmer Invest., Spencer, Centurian Capitol, Mackovic, T-H Investors, Osburn) (R-In-F 6-25-02 for:Pinck, Schutt, Abravahumi Gutierez Jt. Ventures, Boffone, Marshall, Jr., Ficklin, & Greene) (R-In-F 6-26-02 for:BTW Enterprises, Wilcash Co., Shields, Foresee Group, & Lane Ave. Prop.) (R-In-F 6-27-02 For: M. Dethlefsen & Sutherland, Muriel ETP T Thomas SQR, McCutchen, Jr., Rabon & Leukart, Jr.) (R-In-F 6-28-02 for:Silver River, Gatliff, Butcher, Suntage Alliance, & Barrister Prop.) (R-In-F 7/1/02 for:Harvey Miller Trustee, Schultz & Associates Investment VII, H. & K. Butler, T. Garcia, Hado Partners) (R-In-F 7-1-02 for:Durrett) (R-In-F 7-2-02 for Compu-Lease, Ruskowski, Filler Invest., & Helms) (R-In-F 7-3-02 for:Coppage, & Barclay) (R-In-F 7-5-02 for: Automatic Vanguard) (R-In-F 7-8-02 for Taber, Arnold Invest., Quad Tech., & Gross) (R-ReM 7-9-02 for: Gulati & McComb) (R-In-F 7-9-02 For:Trulson) (R-ReM 7-10-02 For: Ficklin) (R-In-F 7-10-02 For: Cohen) (R-Re-M 7-11-02 for: Smith) (R-Re-M 7-12-02 for: Weiss) (R-ReM 7-15-02 For Demario) (R-In-F 7-15-02 For: McKelvey & Iafelice) (R-ReM 7-16-02 For:Scott & Tipton) (R-ReM 7-17-02 For:Sapko & Conrad) (R-Re-M 7-18-02 for Robbins) (R-ReM 7-23-02 For: Knudson, Bayer, Rozehnal & M&D Enterprises) (R-ReM 7-25-02 For:UMK Investment Co.) (R-ReM 7-29-02 For:Shelly, Werk & Pettit) (R-In-F 7-30-02 For:Tipton) (R-ReM 8-5-02 For: Phillips) (R-In-F 8-5-02 For:TWI & Devitto Stegmeyer Ass os.) (R-In-F 8-7-02 For:M&D Enterprises) (R-In-F 8-12-02 For:Bayer) (R-In-F for:Bergherm) | | | |
| 0175 | 06/17/02 | MISC | U.S.C.A. 5th Cir. Order 9-14-98. Appeal transferred to 10th Cir. A copy of the Court of Appeals docket record reflecting the transfer is attached hereto and a copy of this memorandum shall be placed in the legal file of this case. | | | |