IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

---

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND A CROSS-MOTION FOR SUMMARY JUDGMENT

---

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court asks the Court for a 14-day enlargement of time, from December 10 through December 24, 2007, inclusive, within which to file its response to the plaintiffs' motion for summary judgment and its own cross-motion for summary judgment. This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney discussed this motion with the plaintiff's attorney, who stated that she will not object to its allowance.

As good cause for this motion, the defendant states that its trial attorney is now completing a brief in a complex tax-shelter case, which has required more time than he anticipated. He has not yet begun his response and cross-motion in the present case and will not be able to complete the brief in the time remaining with the completeness that the case deserves.

If the Court allows the motion, deadlines for the remaining filings and proceedings would all advance by 14 days as follows:

| Event | Date |
|---|---|
| Government's response, which may include a cross-motion for summary judgment | December 24, 2007 |
| Plaintiffs' response to government's cross-motion and reply to government's response to plaintiffs' motion | January 21, 2008 |
| Government's reply to plaintiffs' response to government's cross-motion | February 11, 2008 |
| Closing argument | February 22, 2008, at 2:00 P.M. EST (telephonic) |

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven I. Frahm
Of Counsel

December 3, 2007