IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: December 5, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

Pending before the court is defendant's unopposed motion, filed December 3, 2007, for an enlargement of time to file a response to plaintiffs' motion for summary judgment and a cross-motion for summary judgment. Defendant requests an enlargement of fourteen days, to and including December 24, 2007. Defendant also requests that deadlines for the remaining filings and proceedings in this case are likewise enlarged by fourteen days.

Good cause having been shown, the court GRANTS defendant's motion. Defendant's response and any cross-motion for summary judgment shall be due on December 24, 2007. The Revised Scheduling Order of October 5, 2007 is amended as follows.

| Event | Date |
|---|---|
| Government's response, which may include a cross-motion for summary judgment | December 24, 2007 |
| Plaintiffs' response to government's cross-motion, and reply to government's response to plaintiffs' motion | January 21, 2008 |
| Government's reply to plaintiffs' response to government's cross-motion | February 11, 2008 |

| | |
|---|---|
| Closing Argument | February 22, 2008, at 2:00 P.M. EST (telephonic) |

It is so ORDERED.

s/ Charles F. Lettow
Judge