IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND A CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 14-day enlargement of time, from December 24, 2007, through January 7, 2008, inclusive, within which to file its response to the plaintiffs' motion for summary judgment and its own cross-motion for summary judgment. This is the second enlargement the defendant has sought for this purpose, the first having been granted for 14 days. The defendant's trial attorney discussed this motion with the plaintiffs' attorney, who stated that she will not object to its allowance.

As good cause for this motion, the defendant states that its trial attorney sought the first 14-day extension in the belief that he would be able to begin work on the brief soon. Since then, he has been working on a brief in a tax-shelter case that has been reviewed by several offices and departments of the Government and has required multiple drafts. As a consequence, he has not

yet begun his response and cross-motion in the present case and will not be able to complete the brief in the time remaining with the completeness that the case deserves.

The defendant will request no further extensions absent extraordinary circumstances.

If the Court allows the motion, deadlines for the remaining filings and proceedings would all advance by 14 days as follows:

| Event | Date |
|---|---|
| Government's response, which may include a cross-motion for summary judgment | January 7, 2008 |
| Plaintiffs' response to government's cross-motion and reply to government's response to plaintiffs' motion | February 4, 2008 |
| Government's reply to plaintiffs' response to government's cross-motion | February 25, 2008 |
| Closing argument | March 7, 2008, at 2:00 P.M. EST (telephonic) |

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven I. Frahm
Of counsel

December 10, 2007