IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: December 13, 2007)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

Pending before the court is defendant's unopposed motion, filed December 10, 2007, for an enlargement of time to submit a response to plaintiffs' motion for summary judgment and a cross-motion for summary judgment. Defendant requests an enlargement of fourteen days, to and including January 7, 2008. Defendant also requests that deadlines for the remaining filings and proceedings in this case are likewise enlarged by fourteen days.

Good cause having been shown, the court GRANTS defendant's motion. The Revised Scheduling Order of December 5, 2007 is amended as follows.

| Event | Date |
|---|---|
| Government's response, which may include a cross-motion for summary judgment | January 7, 2008 |
| Plaintiffs' response to government's cross-motion, and reply to government's response to plaintiffs' motion | February 4, 2008 |
| Government's reply to plaintiffs' response to government's cross-motion | February 25, 2008 |
| Closing Argument | March 7, 2008, at 2:00 P.M. EST (telephonic) |

It is so ORDERED.

s/ Charles F. Lettow
Judge