**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS H. McGANN and EVELYN G. McGANN | § | |
| | § | |
| Plaintiffs, | § | CIVIL NO. 05-1189 |
| v. | § | JUDGE LETTOW |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Plaintiffs Thomas H. McGann and Evelyn G. McGann ("the McGanns") respectfully request an enlargement of time until Wednesday, February 6, 2008, to file their response and reply to defendant's cross-motion for summary [document no. 56] and in support would show:

Thomas E. Redding, lead attorney for the plaintiffs, was out of the office due to illness for most of last week. The McGanns' response to defendant's cross-motion for summary judgment is due to be electronically filed today, February 4, 2008, before 12 midnight EST (11pm CST). It was anticipated that by today Mr. Redding would be sufficiently recovered to review the final draft and that the McGanns' response would be timely filed. However, while he is somewhat recovered, Mr. Redding remains unable to be in the office today and requests that the Court allow the McGanns an additional two days to file their response.

It is anticipated that the McGanns' response will be completed and filed within one additional day, on Tuesday, February 5, 2008. The McGanns request a two day extension just in case, *i.e.* to avoid an additional motion for a one day extension should it become necessary.

Government counsel has represented that the United States does not oppose the granting of this motion.

WHEREFORE, Plaintiffs Thomas H. McGann and Evelyn G. McGann respectfully request an enlargement of time to February 6, 2008 to file their response and reply.

Respectfully,

/s/ Sallie W. Gladney
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
**ATTORNEY FOR PLAINTIFFS**

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On Monday, February 4, 2008, Sallie W. Gladney, counsel for Plaintiffs Thomas H. McGann and Evelyn G. McGann, communicated with Mr. Robert Stoddart, counsel for the United States, who stated that the United States is unopposed to the granting of the forgoing motion.

/s/ Sallie W. Gladney
Sallie W. Gladney