IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: February 5, 2008)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiffs' Unopposed Motion for Enlargement of Time to File Response, filed February 4, 2008. Plaintiffs request a two-day enlargement of time until Wednesday, February 6, 2008 to file their response and reply to defendant's cross-motion for summary judgment.

For good cause shown, the court GRANTS plaintiffs' motion in part.

At this point in the briefing schedule, two briefs remain to be filed. In those briefs, the parties are requested to address whether the government's contentions in its response and cross-motion for summary judgment, filed January 7, 2008, are obviated by the second ground of the court's prior decision rendered May 17, 2007, and reported at 76 Fed. Cl. 745, 758-61.

To take this request into account, plaintiffs' response shall be due Friday, February 8, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge