IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1189 T
(Judge Charles F. Lettow)

---

THOMAS H. McGANN and EVELYN G. McGANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A REPLY TO THE PLAINTIFFS' RESPONSE TO THE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

---

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 7-day enlargement of time, from February 25 through March 3, 2008, inclusive, within which to file its reply to the plaintiffs' response to the defendant's cross-motion for summary judgment. This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney discussed this motion with the plaintiff's attorney, who stated that she will not object to its allowance.

As good cause for this motion, the defendant states that its trial attorney has not yet completed the reply, which he must eventually forward to the IRS and his superiors for review. The present deadline does not allow sufficient time for these tasks.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven I. Frahm
Of Counsel

February 19, 2008