IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: February 20, 2008)

| | |
|---|---|
| THOMAS H. MCGANN, and EVELYN G. MCGANN, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time within which to File a Reply to the Plaintiffs' Response to the Defendant's Cross-Motion for Summary Judgment. Defendant's motion, filed February 19, 2008, requests a seven-day enlargement of time, to and including March 3, 2008, for defendant to file its reply.

Good cause having been shown, the court GRANTS defendant's motion. Defendant shall file its reply by March 3, 2008.

s/ Charles F. Lettow
Judge