IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: March 10, 2008)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

As discussed during the hearing held on March 7, 2008, on the pending cross-motions for summary judgment, the court requests that the parties address in simultaneously filed supplemental briefs the following questions:

(1) whether 26 U.S.C. § 6226(h) applies to a situation in which the Tax Court dismisses an action for failure to prosecute but modifies the tax treatment of partnership items from those shown in the FPAA;

(2) whether the court may look to the motion to dismiss for lack of prosecution and other materials in the Tax Court file to determine the Tax Court's reasons for modifying the treatment of partnership items in th FPAA.

The court requests that the parties file the supplemental briefs on or before March 20, 2008.

IT IS SO ORDERED.

s/ Charles F. Lettow
Judge