IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: March 27, 2008)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Strike, or for Leave to File the Separately Submitted Four-Page Reply to the Plaintiffs' Supplemental Brief. Plaintiffs have filed a response objecting to the motion to strike but not opposing the requested alternative relief.

For good cause shown, the court DENIES defendant's motion to strike but GRANTS defendant's alternative request, *i.e.*, that leave be given for the filing of defendant's reply to plaintiffs' supplemental brief, submitted with defendant's motion. The clerk shall file defendant's reply to plaintiffs' supplemental brief as of this date.

It is so ORDERED.

s/ Charles F. Lettow
Judge