IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1189T

(Filed: April 1, 2008)

THOMAS H. MCGANN, and
EVELYN G. MCGANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are plaintiffs' motion for leave to file a reply to defendant's supplemental brief and defendant's response in opposition to that motion. Both the motion and the response relate to a supplemental brief submitted on behalf of defendant that the court allowed to be filed by an order dated March 27, 2008.

For good cause shown, the court GRANTS plaintiffs' motion for leave to file the proffered reply and also deems that the response filed by the government shall serve as a sur-reply. The clerk shall file the reply and sur-reply as of this date.

It is so ORDERED.

s/ Charles F. Lettow
Judge