# In the United States Court of Federal Claims

**No. 05-1189 T**

**THOMAS H. McGANN and**
**EVELYN G. McGANN**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed April 25, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States a refund of enhanced interest in the amount of $18,309.66. Interest shall be paid to plaintiffs "at the overpayment rate established under [I.R.C. §] 6621," as provided in I.R.C. § 6611(a). No costs.

John S. Buckley
Acting Clerk of Court

April 25, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.