ORIGINAL

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
JUL 2 9 2008
U.S. COURT OF FEDERAL CLAIMS

2008-5086

THOMAS H. MCGANN and EVELYN G. MCGANN,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 05-CV-1189, Judge Charles F. Lettow.

ON MOTION

ORDER

Upon consideration of the parties' joint stipulation for dismissal with prejudice pursuant to Fed. R. App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

FOR THE COURT

JUL 29 2008
Date

Jan Horbaly
Clerk

cc: Deborah K. Snyder, Esq.
Thomas E. Redding, Esq.

* We note that the parties requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

ISSUED AS A MANDATE: JUL 29 2008

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 29 2008

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: James Benjamin Date: 7/29/08